

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

**19  0834**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

**DEFENDANTS**
Nancy Pelosi, et al.

**(b)** County of Residence of First Listed Plaintiff: Lancaster County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

[Checkbox selected: ☒ 440 Other Civil Rights]

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC 1001, 18 USC 2113
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 6 Billion
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*
JUDGE: USCA 17-2709, USCA 18-1916, USCA 18-1846  THIRD CIRCUIT
DOCKET NUMBER: 18-3693

DATE: 26 FEB 2019
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT #____  AMOUNT____  APPLYING IFP____  JUDGE____  MAG. JUDGE____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

19    0834

JLS

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: PO BOX 2806, YORK PA 17405

Address of Defendant: 430 South Capitol St, Washington, DC 20003

Place of Accident, Incident or Transaction: 03-JAN-2019

THIS CASE IS RELATED TO: 17-5025

CIVIL ACTION NO. 19-834
CRIMINAL NO.

ASSIGNED TO: Judge Schmehl

Date Terminated: _____

one year      Yes [X]   No [ ]
prior suit    Yes [X]   No [ ]
earlier       Yes [ ]   No [X]
l rights      Yes [ ]   No [X]

pending or within one year previously terminated action in

DATE: 26 FEB 2019     _____/s/_____
                     Attorney-at-Law / Pro Se Plaintiff         Attorney I.D. # *(if applicable)*

---

CIVIL: (Place a √ in one category only)

A.  **Federal Question Cases:**
1.  Indemnity Contract, Marine Contract, and All Other Contracts
2.  FELA
3.  Jones Act-Personal Injury
4.  Antitrust
5.  Patent
6.  Labor-Management Relations
7.  [X] Civil Rights
8.  Habeas Corpus
9.  Securities Act(s) Cases
10. Social Security Review Cases
11. All other Federal Question Cases
    *(Please specify):* _____

B.  **Diversity Jurisdiction Cases:**
1.  Insurance Contract and Other Contracts
2.  Airplane Personal Injury
3.  Assault, Defamation
4.  Marine Personal Injury
5.  Motor Vehicle Personal Injury
6.  Other Personal Injury *(Please specify):* _____
7.  Products Liability
8.  Products Liability – Asbestos
9.  All other Diversity Cases
    *(Please specify):* _____

---

ARBITRATION CERTIFICATION
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, JEFFREY CUTLER, counsel of record or pro se plaintiff, do hereby certify:

[X] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE: 26 FEB 2019      _____/s/_____
                      Attorney-at-Law / Pro Se Plaintiff      Attorney I.D. # *(if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

:                              CIVIL ACTION
:
v.                        :
:
:                              NO. **19    0834**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                      ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.          (✓)

26 FEB 2019
-----------                           --------------------
Date                                       Pro Se Plaintiff

215-872-5715                              eltaxcollector@gmail.com
------------        ----------            ------------------------
Telephone           FAX Number                E-Mail Address

(Civ. 660) 10/02

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY CUTLER  Plaintiff  v.  NANCY PELOSI IN HER OFFICIAL CAPACITY AS SPEAKER OF THE HOUSE OF REPRESENTATIVES, CITIZENS BANK, FULTON BANK, WIKIPEDIA FOUNDATION, VERIZON CORPORATION, GOOGLE CORPORATION, ERIE INSURANCE, STATE FARM INSURANCE, LEMBERG LAW LLC, FORD MOTOR COMPANY, MANHEIM SCHOOL DISTRICT, HAVERFORD POLICE DEPARTMENT, PHILADELPHIA NEWSPAPERS INC, ASSOCIATED PRESS, U.S. NEWS AND WORLD REPORTS, BEND BULLETIN NEWSPAPER,  and  JOHN DOES and JANE DOES,  Defendants | CIVIL CASE NO. **19   0834**  JURY TRIAL DEMANDED |

**COMPLAINT**

**PRELIMINARY STATEMENT**

PAGE 1 of 17

1. The Fourth Amendment to the United States Constitution, as incorporated against the states by the Fourteenth Amendment, protects the people from unreasonable seizures of their person. The Fourteenth Amendment, also protects persons from unequal treatment under the law, as well as the Fifth Amendment. The Plaintiff in this matter was surrounded by police and detained based on an individual at Citizen's bank trying to conceal and hide a reasonable suspicion, of an illegal act (furtherence of a crime), namely bank robbery (18 USC § 2113) via the internet. The crime was triggered via story by Andrew Maykuth for the Philadelphia Inquier, philly news targeting Cutler and that it was "using its vast financial resources to enter the bully pulpit by publishing a series of false and defamatory statements an online article ... to smear an individual who was in its view an enemy of the deep state, released to the internet on 11DEC2019 and printed 12DEC2019 which was a link to individuals that carried out the crime, never even mentioning Lisa Michelle Lambert. The story also made light that ordinary individuals should not be elected, and slandered every Jeffrey Cutler and Tax Collector in the United States. Plaintiff's emotional distress, terror, apprehension, anxiety, and humiliation, damage to his reputation and potential long term carreer as an elected official. It also failed to get a release form for the shirt which a copyright was previously applied and the story tried to act as a barometer of when someone is religious and hide all types of political misconduct including mail fraud.

# JURISDICTION

2. This Court has jurisdiction over the subject matter of this Complaint under 42 U.S.C. § 1983 and 28 U.S.C. §§ 1331, 1343(a)(3), 1343(a)(4), and 1367(a).

## PARTIES

3. Jeffrey Cutler, the Plaintiff ("Mr. Cutler" or "Plaintiff") is a resident of Bird In Hand, Pennsylvania.

4. Nancy Pelosi is the current speaker of the House of representatives and United States Congresswoman elected from the state of California.

5. Citizen's Bank is a multi-state bank with corporate headqurters in Rhode Island.

6. Fulton Bank is a multi-state bank with corporate headqurters in Lancaster County Pennsylvania.

7. Wikipedia Foundation is an international information depositry that is a 503(1)(c) coprporation based in the state of California.

8. Verizon Corporation is an international information depositry that has a corporate headqurters in New York, State.

9. Google Corporation is an international information depositry that has a corporate headqurters in the state of California.

10. Erie Insurance is an insurance company with corporate headqurters in the Commonwealth of Pennsylvania.

11. State Farm Insurance is an insurance company with corporate headqurters in the Bloomington, Illinois.

12. Lemberg Law, LLC is a legal firm with corporate headqurters in Wilton , Connectitcut.

13. Ford Motor Company is an international manufacturer of vehicles with corporate headquarters in the Dearborn, Michigan.

14. MANHEIM SCHOOL DISTRICT is a Pennsylvania government agency for municipality located in the County of Lancaster, Commonwealth of Pennsylvania.

15. Haverford is a municipality located in the Delaware County of Commonwealth of Pennsylvania.

16. Philadelphia Newspapers Inc. is a media company in Philadelphia County of  Commonwealth of Pennsylvania.

17. The Associated Press is a media company that has a corporate headqurters in New York, State.

18. The U.S. News and World Report that has a corporate headqurters in New York, State.

19. Bend Bulletin is a newspaper owned by Western Communications is a media company, operatiing in Bend Oregon.

20. John Doe and Jane Doe defendants are, upon information and belief, members of the Klu Klux Klan or supporters to as "Individual Defendant" or "Individual Defendants").

**FACTUAL ALLEGATIONS**

1) On the evening of February 12, 2019, an individual Defendant made a false police report (20190212M241O) at the Citizen's Bank in the Giant Supermarket (116 W Township Line Road).

2) The defendent called the police when Mr. Cutler showed the bank manager he had placed a redacted copy of a statement in a document in the United States Court of Appeals case #18-3693 (document # 003113157254 page 10). This is related to CFPB complaint #190213-3828773.

3) At minimum 3 police cruisers were positioned outside the Giant supermarket.

4) Mr. Cutler was surrounded by police officers from the Haverford police department subject to view and suspicion of everyone in the Giant supermarket at the time. Only 2 officers were listed on the report #20190212M2410.

5) Mr. Cutler was prevented from assisting his mother (who has difficulty hearing) or helping review documents being signed. This has been an ongoing effort by members of the Klu Klux Klan or other secrect society to target Mr. Cutller for being Jewish and people around him because he challenged Obamacare starting Dec 31, 2013.

6) Mr. Cutler talked to the police officer (Thomas McDermott) and showed him documentation he had with him that demonstrated that he previously run as a write-in candidate for Governor of Pennsylvnia (Page 15 – Philadelphia Metro Newspaer, October 24, 2018).

7) Mr. Cutler also showed the police officer documentation of the theft that started from the checking account on the same day the money was credited to the money market account.

8) At no time did the police question Mr. Cutler's mother about what was going on during the confrontation, while in view of Mr. Cutler. The office of the branch manager is approximately a 10' x 10' enclosure.

9) Mr. Cutler was handed a no tresspass letter signed by the branch manager (Ralph Rinn) by the haverford police. This letter was similar to the letter he was handed by the East Lampeter Police officers on October 2, 2017 when he was removed illegally from his appartment at 67 Cambridge Village, Lancaster Pa. 17602, in lieu of a legal eviction (which is the basis of case 18-3693). On May 13, 1985, 5 black children (ages 7-13) were murdered when the FBI furnished 2 bombs as a form of eviction.

10) The realization that the Individuals surrounding Mr. Cutler were carryng firearms, and tasers provoked feelings of terror, panic and anxiety in Mr. Cutler.

11) Mr. Cutler asked officer McDermott if he was related to ADA McDermott of the Philadelphia district attorney's office. Mr. Cutler had previously reported Bank and Insurance fraud to the office of the FBI, and got a CEASE & DESIST email from the FBI, mentioning not to report those crimes to the FBI and not report those crimes to the ADA either.

12) On 13FEB2019 when Mr. Cutler got a copy of police report #20190212M2410 he tried to make a complaint about Citizen's bank, but was ignored in this effort.

13) On 14FEB2019 Mr. Cutler reported the false Police report by Citizen's bank, #20190214M2515, no investigation has been started to his knowledge. This demonstrates unequal protection under the law. A crime in Chicago is investigated (Jussie Smollet) while this crime is not investigated. A violation of the United States Constitution Ammend 5, equal protection.

14) The incident of February 12, 2019 between Individual Defendants and Mr. Cutler has caused mental and emotional suffering to Mr. Cutler, including panic attacks causing Mr. Cutler to physically shake, and nightmares.

15) Approximately three days following the incident of February 12, 2019, Mr. Cutler contacted the Police to inquire about information concerning the investigation of the incident and was informed that there were no records pertaining thereto.

## CLAIMS FOR RELIEF

### COUNT I.   False Arrest in Violation of the Fourth and Fourteenth Amendments

16)   Plaintiff hereby incorporates the allegations contained in paragraphs 1) through 15) and all coclusuions in previous Federal Appeal Court cases by him 17-2709, 18-1816 and 18-3693 and all their underlying documents.

17)   The Fourth Amendment prohibition against unreasonable searches and seizures, as incorporated against the states through the due process clause of

the Fourteenth Amendment to the United States Constitution prohibits law enforcement officers from making an arrest or investigatory stop without probable cause or reasonable suspicion.

18) All defendants acted under color of state law or federal law, in a conspiracy to support the narratve that covers the bank robbbery of Mr. Cutler's bank account, theft of 100% of his possessions and all records with zero compensation, despite having 2 insurance policies in effect at the time.

19) Individual Defendants violated Plaintiff's constitutional right to be free from unreasonable searches and seizures by confining him, confining him, and without probable cause based on perjured testimony or reasonable suspicion. failed to take steps to properly train and supervise Individual Defendants.

20) Specifically, Haverford Township in conspiracy, upon information and belief, was aware that Individual Defendants and/or other police officers arrested individuals in violation of the U.S. Constitution and failed to train, provide proper supervision, or otherwise protect against such abuses.

21) Accordingly, Haverford Township is liable for the unconstitutional conduct of Individual Defendants within the meaning of *Monell v. Department of Social Services*, 436 U.S. 658 (1978).

## COUNT II.   False Arrest

22) Plaintiff hereby incorporates the allegations contained in paragraphs (1 through (22, plus the book https://www.amazon.com/Love-Murder-

refeerences.

23) Individual Defendants intentionally confined Mr. Cutler against Mr. Cutler's will under the threat of lethal force, to conceal a crime bank robbery (18 USC § 2113). They also manufactured evidence to do the same thing to Lisa Michelle Lambert and have confined her in prison for over 25 years.

24) Mr. Cutler was confined within fixed boundaries to which there was no reasonable means of escape known to Mr. Cutler.

25) Individual Defendants lacked probable cause or reasonable suspicion to confine Mr. Cutler and accordingly, such confinement was not privileged.

26) Individual Defendants are agents or employees of Haverford township and were acting within the scope of their agency or employment.

27) Accordingly, Haverford Township may be held liable for the tort of false arrest under a *respondeat superior* theory of liability in addition to its failure to train or supervise its agents and employees as referenced in Count I.

## COUNT III. Invasion of Privacy

28) Plaintiff hereby incorporates the allegations contained in paragraphs (1 through (27.

29) Individual Defendants intruded upon the seclusion of Mr. Cutler in confining his person and, accordingly, such Defendants are liable for the tort of invasion of privacy.

30) Individual Defendants are agents or employees of Haverford Township and were acting within the scope of their agency or employment.

31) Accordingly, Haverford Township and all other conspirators may be held liable for the tort of invasion of privacy under a *respondeat superior* theory of liability in addition to its failure to train or supervise its agents and employees as referenced in Count I.

### COUNT IV.   Civil Conspiracy

32) Plaintiff hereby incorporates the allegations contained in paragraphs 1) through 31).

33) Individual Defendants acted together with a common purpose in committing the unlawful acts alleged in Counts I through III and defendants' acts in carrying out such civil conspiracy caused injury to the plaintiff. Accordingly, Defendants have committed the tort of civil conspiracy.

### COUNT V.   Conspiracy under Federal Law

34) Plaintiff hereby incorporates the allegations contained in paragraphs 1) through 33).

35) Individual Defendants together, in concert, to deprive Mr. Cutler, Lisa Michelle Lambert and William Henry Cosby of the equal protection of the laws and/or equal privileges and immunities under the laws. Accordingly, Defendants have conspired to violate Mr. Cutler's civil rights pursuant to 42 U.S.C.S. § 1985(3), and United States Constitution Ammend 14.  The bribing or coercion of a lawyer working to defend an individual is a guarrantee of ineffective council.  The speaker of the House of Representattives through her lawyers made a false statement in court and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing in case 4:18-cv-00167-0, a significant federal crime.

## REQUESTED RELIEF

Wherefore, plaintiff respectfully requests:

A. Compensatory damages as to all defendants;

B. Punitive damages as to Individual Defendants, capped at a total maximum amount of 6 Billion Dollars;

C. Declare "The sections of the "Consolodated Appropriations Act, 2019" **Unconstitutional** that deal with immigration legal assistence. I.E entire section 224 since the goverenment has actively prevented Mr. Cutler from obtaining legal assistance via consent decree, and this violates equal protection of the law and United States Constitution Ammend 5.

D. Reasonable attorneys' fees and costs;

E. Declaratory, injunctive and other equitable relief; and

F. Such other and further relief as may appear just and

appropriate. Plaintiff hereby demands a jury trial.

Respectfully submitted,

DATE: 26 FEB 2019

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

# ADDENDUM

SPORTS | D1
MCCUTCHEN TOURS
PHILLIES' OUTFIELD

SPORTS | D1
PRINCETON VILLANOVA
ENDING BIG 5 STREAK

# Philadelphia Inquirer
*Winner of 20 Pulitzer Prizes*

WEDNESDAY, DECEMBER 12, 2018

### WHITE HOUSE SHOWDOWN
# Shutdown Threat



Vice President Pence (center) listens as President Trump argues with House Democratic leader Nancy Pelosi during Tuesday's tense meeting in the Oval Office. In a televised confrontation, Trump heatedly threatened to shut down the U.S. government as he and Democratic leaders bickered over funding for his promised border wall. Sen. Charles E. Schumer also took part in the squabble. **Story and another photo, A2**

## Poverty on rise among older people in Phila.

Some have not saved enough; others were poor before they aged. About 23 pct. live in poverty.

**By Alfred Lubrano**
STAFF WRITER

At the end of the month, when her food has run out, Alice Foley, 72, will call a friend in her Germantown neighborhood and ask if she can drop by for a meal.

Foley has worked in public relations, community journalism, and public health, having spent eight years attending St. Joseph's University at night to earn both an English degree and a

### BROKE
IN PHILADELPHIA

master's in health education.
Never once at Foley spent a lifetime complying with the American compact — work hard, get rewarded — did she foresee a time when her refrigerator would be nearly empty whenever the calendar hit Day 30.

"You're just not prepared for poverty in old age," said Foley, who lives on a monthly income of a little more than $600 in Social Security disability payments and nearly $80 in food stamps, an amount about $400 below the $12,140 federal poverty level for a single person.

Foley never married and has no children. She said, "With two degrees, I never expected to be living life like this."

Not many people do. Yet the poverty rate of older Philadelphians is the highest among the
*See* **POVERTY** *on A8*



Jeffrey Cutler wrote in his name for township tax collector. After he claimed the post, accounting errors multiplied. He tried his arm was higher visibility to become Democratic...

### A JOB MANY FIND UNNECESSARY
## Man's write-in vote for job led to countywide tax chaos

*Post is easy to claim in towns that don't use the role.*

**By Andrew Maykuth**
STAFF WRITER

Jeffrey Cutler is living proof that a single vote in an election can make a huge difference.

Cutler was elected tax collector in 2013 in East Lampeter Township, Lancaster County, with one vote — his own write-in vote. Though East Lampeter had not had a tax collector in decades — the county did the job — Cutler insisted he was now an elected official under the law, and began to work as township tax collector.

Cutler made a hash of the job, say local and county officials. Tax revenue he collected was not passed along promptly to taxing authorities. Some taxpayers were billed twice. Others, in arrears, were listed as fully paid. Dozens of fully paid taxpayers were erroneously termed delinquent and referred to collection, tarnishing their credit.

Taxpayers in East Lampeter who went to the location listed on tax bills to settle accounts found themselves before the puzzled manager of a self-storage facility, who was unaware Cutler had set up shop in a rented storage unit.

"It was always an eight-month accounting nightmare trying to figure out what was real and what was not," said Amber Martin, the Lancaster County treasurer. She and other local and county officials alleged Cutler failed to perform his duties, and persuaded a Lancaster County judge to strip him of office in 2017.

Cutler's case triggered the introduction of a bill to allow towns to eliminate the "antiquated" tax collector's position, prompting pushback from the Pennsylvania State Tax Collectors Association, which regards the proposal as an existential threat to an independent elected office. In a hearing on the bill, some
*See* **TAX COLLECTOR** *on A8*

---

### STING INVESTIGATION
# Brown resigns 'under protest'

Her decision follows her sentencing in the bribery case. Date of a vote on her replacement is to be set.

**By Angela Couloumbis**
HARRISBURG BUREAU

HARRISBURG — State Rep. Vanessa Lowery Brown resigned from office Tuesday, saying she was leaving public service "under protest" as she appeals her conviction on bribery and other charges.

In her resignation letter, the Philadelphia Democrat highlighted the words of the Dauphin County judge who last month sentenced her to 23 months of probation, noting that he expressed concerns about the undercover sting investigation that led to her conviction and downfall.

Nonetheless, Brown wrote, she recognizes that the state constitution prohibits anyone convicted of bribery, perjury, and other "infamous crimes" from serving in the legislature.

"The court's finding that the investigation and prosecution carried overtones of racism and political animus is only the first step in the ultimate vindication of my God-given and constitutional right to be treated fairly under the law," Brown, 52, wrote in her letter to Speaker Mike Turzai (R., Allegheny).

She added "Emboldened by the
*See* **BROWN** *on A6*

### HIGHER EDUCATION
# Temple board condemns Hill, defends free speech

It took no action against the professor, whose remarks at the U.N. have been called anti-Semitic.

**By Lisa C. Johnson**
STAFF WRITER

Mirroring statements made in recent weeks by university leaders, Temple University's board of trustees on Tuesday issued its own condemnation of professor Marc Lamont Hill over his controversial comments on Israel and the Palestinians, but stopped short of taking any action against him and defended his right to free speech.

In a four-paragraph statement released at the end of their first public meeting since the furor erupted late last month, the trustees expressed their "disappointment, displeasure, and disagreement with" Hill's remarks, hewing closely to the initial reaction last month from university president Richard M. Englert.

But the trustees also said, "We recognize that Professor Hill's comments are his own, that his speech as a private individual is entitled to the same constitutional protection of any other citizen, and that he has through subsequent statements expressly rejected anti-Semitism and anti-Semitic violence."
*See* **TEMPLE** *on A6*

---

WEATHER
**High 42, Low 31**
Thursday 43/37
Friday 51/45



To advertise with us, call 1-800-341-3413. For a complete list of advertising departments, see the "Contact Us" box on Page A2.

# CONSPIRACY TO COMMIT BANK & INSURANCE FRAUD    Inbox

**Jeffrey Cutler** To All; Attached is a TAX cert and page 2 of 14 from... Jan 30

**Milligan, Joseph A. (PH) (FBI)** <Joseph.Milligan@ic.fbi.  Jan 30
to me, John, JAN.MCDERMOTT, Dave

Mr. Cutler,

Cease and desist adding myself and ADA McDemott to any more of your emails regarding this matter.   Special Agent Milligan

From: Jeffrey Cutler [mailto:eltaxcollector@gmail.com]
Sent: Sunday, January 29, 2017 11:40 PM
To: Murray, John <JoMurray@paauditor.gov>;
JAN.MCDERMOTT@phila.gov; Dave Brown
<dave@pearsonkoutcherlaw.com>; Milligan, Joseph A. (PH) (FBI)
<Joseph.Milligan@ic.fbi.gov>
Subject: CONSPIRACY TO COMMIT BANK & INSURANCE FRAUD

**Jeffrey Cutler** <eltaxcollector@gmail.com>  Jan 30
to whmcmichael, jhaskins, dyerushalmi, djacob, lalobell, Dave

To All;

See the message below. I am involved with a bunch of People that are **ANTI-JEWISH**. They are trying to set me up to be accused of **THEFT**!!! They have conspired to delete payment information and try and blame me for **stealing**!!! They are all criminals. The FBI does not want to help. They suggested (FBI) I get a lawyer. They just want claim the **JEW IS A THIEF!!!**

Jeff Cutler

717-854-4718
215-872-5715



717-854-4718

**3 Attachments**



VALIDATION_ERR...



ELSUIT_Stop_OR...



SUPCOURT.doc

**Devon Jacob** Jeffrey, do not contact me again for any reason. If you do... Jan 30

**Jeffrey Cutler** Lonnie... No Friends Jeff Cutler   Jan 30

**Jeffrey Cutler** Justin; It must be my breath. Jeff Cutler   Jan 30



**Mail Fraud Complaint**   FDIC COMPLAINT 00930188   POLICE WW-18-08791

CFPB COMPLAINT 180918-3482888

**Your Information**

| | |
|---|---|
| Company Name: | |
| * First Name: | JEFFREY |
| * Last Name: | CUTLER |
| * Address: | P.O. BOX 2806 |
| * City: | YORK |
| * State: | Select One... |
| * ZIP Code: | 17405-2806 |
| * Country: | UNITED STATES |
| Cell Phone: | (215) 872-5715 |
| Work Phone: | (215) 631-9583 |
| Home Phone: | (717) 854-4718 |
| Fax: | |
| Email Address: | eltaxcollector@gmail.com |
| Age Range: | 55-64 |

**Complaint Filed Against**

| | |
|---|---|
| Company Name: | FULTON BANK |
| First Name: | MARK |
| Last Name: | KATKOVCIN |
| Address: | ONE PENN SQUARE |
| City: | LANCASTER |
| State: | Pennsylvania |
| ZIP Code: | 17602 |
| Country: | UNITED STATES |
| Cell Phone: | (494) 553-4615 |
| Work Phone: | (717) 824-8417 |
| Home Phone: | |
| Fax: | |
| Email Address: | mkatkovcin@fultonbank.com |
| Website Address: | |

**How Were You Contacted?**

| | |
|---|---|
| How were you contacted? | US Mail |
| On what date were you contacted? | 07/25/2018 |
| Do you have the envelope it was mailed in? | ○Yes ⊙No |

**How Did You Respond to This Offer?**

| | |
|---|---|
| How did you respond to this offer? | In Person |
| Response Mailed to a Different Address: | ⊙Yes ○No |
| Company Name: | FULTON BANK |
| First Name: | |
| Last Name: | |
| Address: | 155 Swedesford Road |
| City: | EXTON |
| State: | Pennsylvania |
| ZIP Code: | 19341 |
| Country: | UNITED STATES |
| Do you have a mailing receipt (Certified, Insured or Express Mail)? | ⊙Yes ○No |
| Mail Receipt Number: | 235//5100/0001 |
| What did you receive? | RECEIPT FOR ACCOUNT |
| How did it differ from what you expected? | OFFER REQUIRED I MAKE A DEPOSIT BY AUGUST 23, 2018 TO KEEP ACCOUNT OPEN. ON AUGUST 01, 2018 I MADE A $ 251.00 DEPOSIT TO ACCOUNT. ON SEPTEMBER 20, 2018 I WAS CALLED BY MR. |
| How much did the company ask you to pay ($)? | 251.00 |
| Do you have the item? | ○Yes ⊙No |
| How was it delivered? | In Person |
| Did you contact the company or person about the complaint? | ⊙Yes ○No |
| Date Last Contacted Company or Person: | 09/21/2018 |

**Did You Lose Money?**

| | |
|---|---|
| Lose Money: | ⊙Yes ○No |
| Payment Type: | Money Transfer Service |
| Payment Amount($): | 900,000.00 |
| Payment Date: | 04/03/2017 |
| Money Transfer Service Type: | Other |
| Other: | |
| Money Transfer Number: | UNKNOWN |
| City: | LANCASTER |
| State: | Pennsylvania |
| ZIP Code: | 17602 |
| Country: | UNITED STATES |

MAIL FRAUD C#1884921 SEP 28, 2018 5:22 AM



UNITED STATES POSTAL INSPECTION SERVICE

CRIMINAL INVESTIGATIONS SERVICE CENTER

02/19/2019

Ref: C|FMM|013|S1437380|C1896019

Dear Postal Customer:

Thank you for the information you provided this office regarding:

TINO CABRAL
CITIZENS BANK
1 CITIZENS BANK WAY
JOHNSTON RI 02919-1922

A review of this matter indicates that your complaint would be best handled by:

INSPECTOR IN CHARGE
USPIS BOSTON DHQ
495 SUMMER ST SUITE 600
BOSTON MA 02210-2114

Please be advised that your complaint has been forwarded to the address above for whatever action they deem appropriate. Any future concerns relating to this matter should be directed to the address shown above.

Sincerely,

MANAGER
CRIMINAL INVESTIGATIONS SERVICE CENTER

433 W HARRISON STREET ROOM 3255
CHICAGO IL 60699-3255
TELEPHONE: 800-372-8347
FAX: 312-669-5651

No. 15-632 [14-5183]

# In the Supreme Court of the United States

JEFFREY CUTLER,
*Petitioner,*

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,
*Respondents.*

*On Petition for Writ of Certiorari to the United States Court of Appeals for the District of Columbia Circuit*

## PETITION FOR WRIT OF CERTIORARI

ROBERT JOSEPH MUISE
*Counsel of Record*
American Freedom Law Center
P.O. Box 131098
Ann Arbor, MI 48113
(734) 635-3756
rmuise@americanfreedomlawcenter.org

DAVID YERUSHALMI
American Freedom Law Center
1901 Pennsylvania Ave. N.W. Suite 201
Washington, D.C. 20006
(646) 262-0500
dyerushalmi@americanfreedomlawcenter.org

*Counsel for Petitioner*

Becker Gallagher · Cincinnati, OH · Washington, D.C. · 800.890.5001

## PETITION FOR WRIT OF CERTIORARI

### OPINIONS BELOW

The opinion of the court of appeals appears at App. 1 and is reported at 2015 U.S. App. LEXIS 14268. The opinion of the district court appears at App. 23 and is reported at 52 F. Supp. 3d 27.

### JURISDICTION

The opinion of the court of appeals was entered on August 14, 2015. App. 1. The jurisdiction of this Court is invoked under 28 U.S.C. § 1254(1).

### CONSTITUTIONAL PROVISIONS INVOLVED

The Establishment Clause of the First Amendment provides, "Congress shall make no law respecting an establishment of religion." U.S. Const. amend. I.

The Fifth Amendment provides, in relevant part, "No person shall . . . be deprived of life, liberty, or property, without due process of law." U.S. Const. amend. V.