

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY CUTLER

Plaintiff

v.

NANCY PELOSI IN HER OFFICIAL CAPACITY AS SPEAKER OF THE HOUSE OF REPRESENTATIVES
CITIZENS BANK,
FULTON BANK,
WIKIPEDIA FOUNDATION,
VERIZON CORPORATION,
GOOGLE CORPORATION,
ERIE INSURANCE,
STATE FARM INSURANCE,
LEMBERG LAW LLC,
FORD MOTOR COMPANY,
MANHEIM SCHOOL DISTRICT,
HAVERFORD POLICE DEPARTMENT,
PHILADELPHIA NEWSPAPERS INC,
ASSOCIATED PRESS,
U.S. NEWS AND WORLD REPORTS,
BEND BULLETIN NEWSPAPER,

And
JOHN DOES and JANE DOES,

Defendants

**CASE NO. 5:19-cv-00834**

JURY TRIAL DEMANDED

FILED
AUG 29 2019
KATE BARKMAN, Clerk
By__________Dep. Clerk

**RESPONSE TO HAVERFORD POLICE, WIKIMEDIA FOUNDATION AND US NEWS AND WORLD REPORT, LP MOTION TO DISMISS**

Here comes Jeffrey Cutler, acting Pro se, respectfully requests the court deny all parties motion to Dismiss since they all failed to notify all parties as per ECF #5 case # 2:17-cv-00984 by the late Thomas O'Neill, the order denies any claims for failure to notify all parties. and that it was pursuant to furtherance of a federal crime, specifically mail fraud, bank robbery (18 U.S.C. § 2113), and perjury (18 USC § 1001). The default judgement filed 18JUN2019 against Brian Sims in his Official Capacity as a Representative of the Commonwealth of Pennsylvania did shows he willfully and deliberately violated the United States Constitution Ammend 1 and his Oath of Office, by actively preventing a woman from praying outside the Planned Parenthood office in Philadelphia. The actions involved may also involve a conspiracy to hide an ongoing criminal enterprise and other crimes (18 U.S. Code § 1519 – Destruction, alteration, or falsification of records), (18 U.S. Code § 1505 – Obstruction of proceedings before departments).

The courts have affirmed, it must "afford a liberal reading to a complaint filed by a pro se plaintiff," particularly when the plaintiff has no formal legal training or education. Klayman v. Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus, 551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers.") (internal quotations and citations

omitted).

WHEREFORE, for all the foregoing reasons, and the documented murders of 3 federal employees by Mr. Cutler (Jonnathan Luna, Beranton Whisenant, and Justin Zemser) 5 children on May 13, 985 and significant discrimination against other Jewish individuals (11 murdered by Robert Bowers 2:18-cr-00292), (discrimination by police in Philadelphia polce department against Jewish Police officers 2:18-cv-05029), Mr Cutler's motion in District of Columbia case #1:17-cv-01154 (ECF #79) the books "Love-Murder-Corruption-Lancaster-County" and "BLACK KLANSMAN". Altough Haverford Police did notify all individuals in document 72 they failed to do so in document #44, so they have engaged in mail Fraud in a conspiracy with other members that may be Klu Klux Klan, which was outlawed in 1871.

They also failed to correct Brian Simms to Brian Sims. Also Haverford Police should provide an affidavit that they have not tried to obstruct Justice in this case by continuous harrasment in other maters and enforcemnt of equal justice and not violate the United States Constitution Ammend 14 or a party to Citizen's Bank, Google Mail Fraud or securities fraud.

Respectfully submitted,

DATE: 29 AUG 2019

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail com
P.O. Box 2806
York, PA 17405

## PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGMENT

AND NOW, this______ day of ____________, 2019 upon consideration Plaintif's Motion for Default Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED SO ORDERED

[1] Order the SUMMARY Judgment against all defendants be granted and made FINAL at one million dollars per day or as a neotiated amount.

[2] Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated and all persons similarly situated (William Henry Cosby, Jeffrey Smiles, Emily Weinman, etc.), for violations of equal protection All prosecutions of Robert Mueller as special prosecutor vacated because his appointment was based on perjured testimony, which is verfied by Mr Steele in a foreign court

[3] Order the summary and default judgment of all other cases filed by Mr Cutler in every court also be granted

[4] Order all vandalism perpetuated against Mr Cutler and Mr. Krieger to be compensated, and listed

[5] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and Donald Trump in all future actions with the court by East Lampeter Township Lancaster County Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013

[6] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros organization

[7] Order a one million dollar a day penalty per named defendant, until Mr Cutler's reputation and credit are restored or individual agreements are reached with each party

[8] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of the RICCO ACT, both 18 U S C §§ 1961–1968 RICO violations, and 18 U S C § 1964, Civil RICCO Act

[9] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U S C § 2113 (bank robbery)

[10] Order Fulton Financial to return all money for accounts ending with 8603 and 8612 with penalties.

[11] Order Fulton Financial to compensate the plaintiffs for cases 5.18-cv-00987 and case 2 17-cv-02763 as demanded in their respective lawsuits

[12] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news

[13] Order Summary Judgement be awarded for all other cases Mr Cutler has been denied due process be awarded

[14] Other remedies the court deems appropriate

[15] Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

[16] Order Susan Peipher Esquire and other lawyers guilty of similar activites, to be barred from participation in the Federal Court CM/ECF system

[17] Order the United States Government to stop collecting or accessing penalties **FOR FAILURE** to ***comply with established tenets or teachings of such sect or division of ANY religion*** **in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional** , based on the 89 page writ of USCA case 17-2709 on page 314A, and Supreme court case # 15-632.

Dated: ___ , 2019_____.

BY THE COURT

# ADDENDUM

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2019 AUG 23 PM 1:43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY CUTLER | ) | |
| Plaintiff | ) | **CASE NO. 19-11466** |
| v. | ) | JURY TRIAL DEMANDED |
| PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC | ) | |

**OBJECTION BECAUSE BANKRUPTCY AUCTION HELD 08AUG2019 VIOLATED UNITED STATES CONSTITUTION AMENDMENT 5 (EQUAL PROTECTION) & UNJUST ENRICHMENT**

Here comes Jeffrey Cutler, acting Pro se, respectfully notifies the Court Mr. Cutler went to the Bankruptcy auction at the offices of Saul Ewing Arnstein and Lehr at 1500 Market Street, 19102 and talked to Arron Applebaum (who was acting as an agent of the United States Government). Mr. Cutler handed Mr. Applebaum the 65 page document which was consequently also filed starting on page 23 of ECF 66 for case 5:19-cv-00834. Mr. had filed the 65 page document on Aug 1, 2019 at 12:56 PM in Delaware and he also filed a 107 page document on July 15, 2019 at 3:00 PM and a 20 page document on July 18, 2019 at 3:30 PM in person at the Clerk's office in Delaware and consisted of the attached pages. Mr Cutler was asked to leave the offices of Saul Ewing Arnstein and Lehr by Mr. Applebaum at the implied threat of physical removal even though other individuals were allowed to be present violating United States Constitution Ammend 5 (equal protection under the law). Based on news story by Harold Brubaker Saturday August 10, 2019 on pages A1 and A2 of the Philadelphia Inquirer, Mr. Cutler could have offered his default judgement funding and other alternativs to either Pontiac General Hopital or KPC Health for additional funding alternatives for the hospital and creditors. The plaintiff is not a lawyer the courts should not allow obstruction of Justice or destruction of documents. Mr. Cutler attempted to get NBC10 to help report this story on 22AUG2019

at fifty fourth street and Millet streets in Philadelphia where they were reporting the shooting murder of an unidentified woman. NBC10 was using a van with license ZBY-4914. Mr. Cutler attempted to show several actual documents from case federal case 5:19-cv-00834. This demonstrates that the NBC televison station is complicit in concealing the Murder of Jonathan Luna after the fact, and their claims on air are really Fake News, just like the president of the United States has claimed. Their broadcast license viability should be really brought to the attention of the Federal Communications Commision. Also despite Kristen Weisenberger being made aware of the default judgement motion for Brian Sims and the request for vacating the order for her client she failed to try and contact Mr. Cutler about the case. In previous document Mr. Cutler requested that Mark Minuti consider the use of funds as a result of the default judgement of Brian Sims presented as ECF 104 as viable funds to satisfy the creditors as debtor in possesion and produce a simplified statement of the costs to terminate the hospital operations and a different statement (88 lines maximum ) that lists the costs of keeping the hospital as an ongoing operation, including fixed costs (leases, taxes if any), variable costs (power and utilities), payroll for full operation, payroll for 50% operation, payroll for 25% operation, average recievables, etc. Mr. Mark Minuti in his presentation made a false statement during the

hearing (18 USC § 1001) 11JULY2019 about the nurses union which was corrected almost immediately by the lawyer representing the nurses union contradicted his representation and spoke via phone. This happened during the hearing in Delaware. Mr. Cutler believes PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC in conjunction with the current president of DREXEL UNIVERSITY, the mayor, governor and the news media are engaged in a continuing conspiracy to harm Jewish Individuals who are in the residency program to become doctors by destroying the program and have no real plan approved in place to satisfy the contracts of these individuals, and may be influenced by the Klu Klux Klan or similar organization. Even today it was mentioned in the newspaper that 13 police officers may be terminated because of Facebook posts and Mr. Cutler believe it could also be because they are members of the KKK, and 40% of Drexel Staff will be layed off as result of this activity. Wikipediea has deliberately programmed the any mention of the case to be censored. Based on *Myers-Macomber Engineers v. M.L W. Construction Corp.*, 271 Pa.Super. 484, 414 A.2d 357 (1979) the plan proposed by PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC should be denied. Because of *Schenck v. K.E. David, Ltd.*, 446 Pa.Super. 94, 666 A.2d 327 (1995) Mr. Cutler should be declared the trustee or at minimum added to the oversite board. The proposed use of the copyrighted Jeffybond, to assist the hospital

continuing operations could also be used to pay for rural hospital costs in the commonwealth as well as well as other operations and pensions.Mr. Cutler had previously testified as using the funds for SEPTA operations and to place 90% of the Market Franford Line underground and completely submeged. Mr. Freednan's motion to close in that it may be pursuant to furtherance of a federal crime which is detrimental to the health and welfare of the city of Philadelphia, and the Commonwealth of Pennsylvania. Mr. Cutler a graduate of Drexel University Evening College and a former elected official of Pennsylvania and the victim of conspiracy to violate the United States Constitution Ammendment 1 and based on perjured information, specifically mail fraud, bank robbery (18 U.S.C. § 2113), and perjury (18 USC § 1001). The default judgement filed 18JUN2019 (case 5:19-cv-00834) against Brian Sims in his Official Capacity as a Representative of the Commonwealth of Pennsylvania did show he willfully and deliberately violated the United States Constitution Ammend 1 and his Oath of Office, by actively preventing a woman from praying outside the Planned Parenthood office in Philadelphia supports a large payout of funds available to resolve the bankruptcy. Because of case 5:19-cv-00834, in the Eastern District of Pennsylvania this case is also involved in 19-30223 UNITED STATES BANKRUPTCY COURT DISTRICT OF OREGON.

Also Mr. Cutler had previously copyrighted a Jeffybond as a means to fund schools, government projects, hospitals, etc., but because it is somewhat impervious to kickbacks and corrupttion would not be enacted. Both the mayor of Philadelphia and Governor have supported keeping the hospital as an ongoing concern, and unless they (Mayor and Governor) have also made false statements and are part of the swamp there is no reason the Jeffybond cannot be enacted   Drexel University has also filed a legal action that involves insurance fraud in the Eastern District of Pennsylvania case number 2:19-cv-2862, just like case 5:19-cv-00834. This case was terminated as a the lawsuit less than 15 days after being filed, which may show an ongoing intent by Mr. Freedman and others as a conspiracy to hide an ongoing criminal enterprise and other crimes (which may be linked to George Soros organizations) (18 U.S. Code § 1519 – Destruction, alteration, or falsification of records),  (18 U.S. Code § 1505 – Obstruction of proceedings before departments). The courts have affirmed, it must "afford a liberal reading to a complaint filed by a pro se plaintiff," particularly when the plaintiff has no formal legal training or education. Klayman v. Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus, 551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a pro se complaint, however inartfully pleaded, must be held to less stringent standards than

formal pleadings drafted by lawyers.") (internal quotations and citations omitted).

WHEREFORE, for all the foregoing reasons, and the documented murders of 3 federal employees by Mr. Cutler (Jonnathan Luna, Beranton Whisenant, and Justin Zemser) 5 children on May 13,/985 and significant discrimination against other Jewish individuals (11 murdered by Robert Bowers 2:18-cr-00292), (discrimination by police in Philadelphia polce department against Jewish Police officers 2:18-cv-05029), Mr Cutler's motion in District of Columbia case #1:17-cv-01154 (ECF #79) the books "Love-Murder-Corruption-Lancaster-County" and "BLACK KLANSMAN" and under 28 U.S.C. §157(e) this request should be granted. Mr. Cutler's assets and documents of his S corporation (23-261XXXX) were illegally stollen by persons which had the aid of FBI and members of the KLU KLUX KLAN. Based on case # 19-30223 UNITED STATES BANKRUPTCY COURT DISTRICT OF OREGON, the theft of real property (real estate at bargin prices may be the real goal), and there is evidence of this based on this weeks filings. Based on the plan produced by PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, Hanneman will close and very view creditors will be made whole and previous contributions by George Soros to the democratic party.

<ref> https://whyy.org/articles/soros-weighed-in-with-even-more-money-in-das-race/ </ref/>. The Commonwealth of Pennsylvania has previously paid out millions of dollars to compensate women that have initiated legal actions for misconduct by public officials and a recent story in the Inquirer has stated they have significant amount of extra funds because of the economy created by the president's actions. <ref> https://www.inquirer.com/news/pennsylvania-budget-tax-revenue-federal-tax-changes-20190705.html </ref>.

Irving Cutler lost his life July 13, 1942 defending the constitution in Libya when his B24 was shot down, and Robert Needle (a lifelong democrat and first grandchild to Harry Cohen who was born near Kiev and former employee of the Philadelphia Navy Yard) and retired employee of both the Inquirer and the Pennsylvania Auditor general's office would be proud of this Document, and were all Jewish by birth. It is interesting that CBS in Philadlphia ran to the site of of the Amtrak 188 crash to interview Jeff Cutler on May 12, 2015 but now runs away from Jeff Cutler along with every news media outlet in the United States, even though on that date he was at the hearing in Washington, DC for Mr. Cutler's federal challenge to Obamacare (case 14-5183) in the United States Court of Appeals <ref> https://philadelphia.cbslocal.com/2015/05/12/crews-responding-to-reported-train-derailment-in-port-richmond/ </ref>. Mr. Cutler won a partial victory to challenge Obamacare on August 14, 2015 based on the establishment clause, or his case 5:19-cv-00834 (CUTLER v. PELOSI, et al.) filed 26FEB2019..REAL NEWS!!!!

Respectfully submitted,

DATE: 22 Aug 2019

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY CUTLER

Plaintiff

v.

NANCY PELOSI IN HER OFFICIAL CAPACITY AS SPEAKER OF THE HOUSE OF REPRESENTATIVES
CITIZENS BANK,
FULTON BANK,
WIKIPEDIA FOUNDATION,
VERIZON CORPORATION,
GOOGLE CORPORATION,
ERIE INSURANCE,
STATE FARM INSURANCE,
LEMBERG LAW LLC,
FORD MOTOR COMPANY,
MANHEIM SCHOOL DISTRICT,
HAVERFORD POLICE DEPARTMENT,
PHILADELPHIA NEWSPAPERS INC,
ASSOCIATED PRESS,
U.S. NEWS AND WORLD REPORTS,
BEND BULLETIN NEWSPAPER,

And
JOHN DOES and JANE DOES,

Defendants

**CASE NO. 5:19-cv-00834**

JURY TRIAL DEMANDED

## CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I Jeffrey Cutler, do hereby certify that I as of this day I have caused and correctly served a copy of **RESPONSE TO HAVERFORD POLICE, WIKIMEDIA FOUNDATION AND US NEWS AND WORLD REPORT, LP MOTION TO DISMISS** dated 08/29/2019, to Defendants that are part of the cm/ecf system and have made a notice of appearance as well as those addressed and specified below via first class mail and all other previously served Defendants.

IN HIS OFFICIAL CAPACITY
PA STATE REPRESENTATIVE
Brian K. Sims
1015 Chestnut Street, Suite 1101
Philadelphia, PA 19107

High Companies
Michael Shirk, CEO
1853 William Penn Wasy
Lancaster, PA 17601

East Lampeter Township
Blackinger Thomas, PC
Susan Peipher
28 Penn Square
Lancaster, PA 17603

Date: 29 AUG 2019

Jeffrey Cutler, *pro se*
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405