UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2

JEFFREY CUTLER

Plaintiff

v.

NANCY PELOSI IN HER OFFICIAL CAPACITY AS SPEAKER OF THE HOUSE OF REPRESENTATIVES
CITIZENS BANK,
FULTON BANK,
WIKIPEDIA FOUNDATION,
VERIZON CORPORATION,
GOOGLE CORPORATION,
ERIE INSURANCE,
STATE FARM INSURANCE,
LEMBERG LAW LLC,
FORD MOTOR COMPANY,
MANHEIM SCHOOL DISTRICT,
HAVERFORD POLICE DEPARTMENT,
PHILADELPHIA NEWSPAPERS INC,
ASSOCIATED PRESS,
U.S. NEWS AND WORLD REPORTS,
BEND BULLETIN NEWSPAPER,

And
JOHN DOES and JANE DOES,

Defendants

**CASE NO. 5:19-cv-00834**

JURY TRIAL DEMANDED

FILED
DEC 23 2019
KATE BARKMAN, Clerk
By__________Dep. Clerk

**MOTION TO HAVE CHANGE IN VENUE FOR CASE 4:18-cv-00167-0
FROM STATE OF TEXAS TO PENNSYLVANIA
AND RESPONSE TO ECF 115**

Here comes Jeffrey Cutler, acting Pro se, previously filed a RESPONSE TO GOOGLE, LLC (ECF 99) FOR WRIT OF EXECUTION AND WHISTLEBLOWER on 08NOV2019 had respectfully requested the court per rule 6 direct the clerk of court declare all parties in DEFAULT for failing to respond to the document filed 08NOV2019 (ECF 101), and pursuant to Rule 55(b)(1) of the Federal Rules of Civil procedure, for entry of default against all defendants in support of this request Jeffrey Cutler relied on the record in this case and the affidavit submitted. Mr. Cutler also requested the court schedule a jury trial to determine the shared liability of all defendants in this case and provide an impartial judge with no history to any defendant in this case such as Juan Ramon Sanchez.. Mr. Cutler NOW **REQUESTS ON AN EMERGENCY BASIS SCHEDULE A START DATE FOR** A jury trial to determine the shared liability of all defendants in this case , provide an impartial judge with no history to any defendant in the cases and provide the test of the constitutionality of the Pennsylvania INPECTION LAW OF VEHICLES and constitutionality of the Affordable Care act (OBAMACARE), which was declared UNCONSTITUTIONAL BY AN APPEALS COURT ON 18DEC2019. Mr. Cutler filed an origiinal case in Washington (1-13-cv-2066 31DEC2013), which was granted the right to defend the establishment clause on 14AUG2015. Since all the defendants have DEFAULTED in this case, an equal distribution of the 6.5

Billion dollar requested compensation may not be the best solution. Per ECF 115 all defendants should testify under oath, and show why they failed to show **GOOD CAUSE** why **BEING OUT OF TIME**, they should be excused. Mr. Cutler per the order in United States Court of Appeals case 19-10011 states they should be DENIED. Mr. Ricahard Coe should also show cause why he USED MAIL FRAUD TO TRY AND JUSTIFY HIS CASE to defend his client and alter the results of the court. NANCY PELOSI (SPEAKER OF THE HOUSE) should show why she has not also violated VIOLATED THE UNITED STATES CONSTITUTION AMMEND 6 (AGAINST THE PRESIDENT..RIGHT TO SPEEDY TRIAL) and RIGHT TO HAVE A LAWYER PRESENT. The President was denied these rights by the actions of Adam Shiff, just like Mr. Jammal Harris was denied these rights in the federal court Habeus Court hearing by Craig Stedman in the Lancaster County District Attorney Mr. Cutler. A

**DECLARED WHISTLE BLOWER SHOULD BE PROTECTED WITH A CEASE AND DESIST** AGAINST THE PARTIES, THAT ARE **SOME OF THE SAME INDIVIDUALS** THAT HAVE CONSPIRED TO TRY AN FALSEY IMPEACHMENT AGAINST THE PRESIDENT USING PERJURED TESTIMONY. All persons mentioned by Mr. Cutler in EVERY lawsuit and their lawyers should be allowed to testify under oath to explain why on or about march 17, 2017 Amber Geen,

Bian Hurter, Dennis Stuckey, Mr. Buckwalter, Ralph Hutchinson, and judge

Margaret Miller along with the lawyers (Susan Peipher, Christina Hausner)

all conspired to commit a bank robbery of Fulton Bank. Susan Peipher and

Christina Hausner wrote a note which judge Margaret Miller signed. It was

then executed by Mark Katkovcin at Fulton Bank on or about April 3, 2017

(18 U.S.C. § 2113). The total amount of the robbery exceeded $ 900,000.00.

Mr. Cutler had arranged for his mother to mail him a birthday card and

birthday check from CITIZEN's bank to the lock box he opened on or about

January 07, 2014 with a $ 4,000 deposit to Fulton Bank. Susan Peipher

knew or should have known that Amber Green failed to have a surety bond

when she created a resolution to assign her the Tax Collection duties on Feb

23, 2017, and did not have one until on or about July 18, 2018, and thus was

NEVER ALLOWED TO COLLECT THE TAXES LEGALLY. Also

Lawyer Richard Mills conspired to defraud Travelers Insurance and file a

false lawsuit which violated 18 U.S.C. 242 (deprivation of rights under color

of law) and also conceal 190,000 counts of Mail Fraud and at least 2 counts

of insurance fraud with LNP newspaper and NBC affiliate WGAL by

committing perjury and making false statements under oath, just like James

Comey made false statements to the FISA court on multiple occaisions, for

spying on the ptesident. Also as per as per ECF #5 in federal case

number 2:17-cv-00984 by the late Thomas O'Neill, the order denies any

claims for failure to notify all parties and ECF 111 and 112 fails to notify
ALL parties that were served even though they are listed by Cutler. This
was all done because Mr. Cutler is Jewish, just they previously set up Lisa
Michelle Lambert for Murder, after raping her at gunpoint. The murder of 4
individuals in Jersey City, NJ. on 10DEC2019 was identified by the Mayor
of that city as targeted event aimed at the KOSHER GROCERY STORE.
Cutler also notified the court in his previous filing that the three traffic
citations for failing to get a vehicle inspection and the constitutionality of
law be argued in this court to provide a neutral change of venue since Judge
Denise Cummins is named in a pending federal lawsuit in the United States
Court of Appeals (18-3693) with Mr. Cutler. It should also be noted that as
part of ECF 109, evidence of Google sending the the cert of 25OCT2019 to
the WRONG ADDRESS, Mr. Coe of DrinkerBiddle&Reath sent the cert
when it was returned on 18NOV2019 by conventional mail and it was not
recieved by Mr. Cutler until 06DEC2019. A callas disregard for getting the
document on time to Mr. Cutler instead of priority mail, and a form of
MAIL FRAUD. The three traffic citations mentioned prviously for clarity
are MJ-32125-TR-0001212-219, MJ-02302-TR-003403-2019, and
TR0001501-2019. All mail was diverted from Mr. Cutler so that
all documents were only picked up on 06DEC2019. Conspiracy and Mail
Fraud, because Mr. Cutler is Jewish, and the parties are acting as an agent of

the Klu Klux Klan to conceal a federal crime of Murder of a government employee and violated 18 U.S.C. 242 (deprivation of rights under color of law). ECF 110 by Fulton Bank should be DENIED because it tries to coverrup a **FEDERAL FELONY** and also obstruct the discovery of the individuals that actually carried out the **MURDER** of a **FEDERAL** EMPLOYEE. Nancy Pelosi on 10DEC2019 stated that the president is being impeached for **ABUSE OF POWER** and **OBSTRUCTION OF CONGRESS**. Based on the logic applied by the house, any **VETO** could also be considered **OBSTRUCTION OF CONGRESS**. Mr. Cutler has also notified the court that laws recently signed by Mr. Tom Wolf, the current elected fourty-seventhPennsylvania governor that the law started as Senate bill 473 violates the Pennsylvania constitution by violating the Uniformity clause by providing different tax rates to individuals that are in the military and not in the military. The summary offense is just a form of taxation, and cannot be applied unequally, as was the ruling for allowing of universal marriage be tween 2 people. He also notifies the court that Judge Barry Bloss, Cynthia Rufe, and Judge Eduardo Robreno violated 18 U.S.C. 242 (deprivation of rights under color of law). Judge Robreno issued an order on October 9, 2019 that threatened Mr. Cutler with violent consequences by MAIL, if he tried to file a motion for reconsideration, violating the United States Constitution Ammend 1 and right to defend the first Amendment

granted by the United States Court of appeals on 14AUG2015.

Judge Bloss ignored the federal action, and still issued a warrant, even though he had documentation to the contrary. Brian Sims has been in default since the end of May 2019. Judge Rufe had violated Mr. Krieger's rights by not allowing discovery and due process, and violated 18 U.S.C. 242 (deprivation of rights under color of law) FOR NEW CRIMES for which he was subjected, and protected members of the Klu Klux Klan. Mr Cutler had previously requested court issue a Writ of Execution against all defendants in favor of all Plaintiffs in both cases. The final combination of case # 5:19-cv-00834 with case # 2:19-cv-03149, and find all parties guilty of default and summmary judgement. Even though the cause in case 2:19-cv-03149 was identified as employment discrimination it actually is religious and race discrimination based on Tami Levin being born Jewish and a target by members of the KLU KLUX KLAN, and ALSO that it was the target of the Philadelphia DA pursuant to furtherance of a federal crime, specifically the Hobbs Act codified as 18 U.S.C. § 1951 and Foreign Corrupt Practices Act of 1977 (FCPA codified as 15 U.S.C. § 78dd-1). This case also involves bank robbery (18 U.S.C. § 2113), perjury (18 USC § 1001), and violations of the the Securities Act of 1933 and Securities Exchange Act of 1934 via misrepresentation (17 CFR § 240.10b-5). Google, Ford Motor Company, ERIE Insurance Group, Verizon, and Fulton Bank have

misrepresented their activies in their reports, and the other parties of this case and their lawyers have conspired to cover up these events. When six police officers from East Lampeter Township conspired with the constable to destroy all the evidence in the case by Ralph Hutchinson, Amber Green Martin, Scott Martin, Brian Hurter and others not mentioned or served to steal in excess of over $ 900,000.00 with the aid of the Lancaster County Courts based on perjured testimony but violating the Ten Commandments by bearing FALSE WITNESS with the aid of the news media (LNP and NBC and others) did willfully conspire to hide MURDERS, by public \ officials that may be members of the KKK including possible the current Mayor of Philadelphia and Govenor of Pennsylvania. On October 7, 2019 James Clapper (the former Director of National Intelligence) admitted on CNN he was carrying out the orders of President Obama when he set-up President Trump using a manufactured document contracted by the Democratic party and to Mr. Christopher Steele. Mr. Rufus Seth Williams, the former District Attorney of the city of Philadelphia (and an African American) may have been targeted because he was either going to, or was engaged in trying to investigate the murder of Johnathan Luna, and also the 5 children on May 13, 1985. The Philadelphia District Attorney supported by a George Soros organization <ref> https://www.inquirer.com/philly/news/politics/Soros-145-million- investment-in-DAs-race-draws-heat-for-Krasner.html </ref>, is documented proof that the Mr. Krasner may have an

agenda that discriminates against Jewish individuals and his

support for reducing charges against Michael White for the knife

murder in the back to an unarmed Sean Schellenger and susequent throwing

the case and legalizing the Murder of unarmed individual (Jewish

Individual). The only thing Mr. Krasner did not do is try to get the jury to

believe it was a suicide. <ref> https://6abc.com/murder-charges-reduced-in-deadly-center-city-stabbing/3860985/ </ref>

The Medical examiner of Philadelphia recently was sued by the parents of a

Jewish school teacher that was found dead and previously be been declared a

murder, and was changed to suicide, allegedly based on police pressure.
<ref> https://www.pennlive.com/news/2019/10/parents-sue-medical-examiner-to-change-daughters-death-ruling-from-suicide-to-homicide.html </ref> Mr. Soros had previously done an

interview with telivision show 60 minutes expressing his pleasure in

destroying the lives of Jewish individuals. <ref> https://www.worldcat.org/title/60-minutes-george-soros/oclc/934520933 </ref> Mr. Krasner was backed significantly by

a Soros organization in a reported amount of 1.4 million. The default

judgement filed 18JUN2019 as part of case 5:19-cv-00834 the against Brian

Sims in his Official Capacity as the only openly gay Representative of the

Commonwealth of Pennsylvania did PROUDLY show he willfully and

deliberately violated the United States Constitution, the establishment clause

Ammend 1 and his Oath of Office, by actively preventing a woman from

praying across the street of the Planned Parenthood office in Philadelphia.

The actions involved also involves a conspiracy to hide an ongoing criminal

enterprise and other crimes by the democratic party to hinder the president in carrying out his constitutional duties. Nancy Pelosi in her official capacity did violate via her lawyer (Mr Donald B. Verilli Jr.) and stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime on her behalf just after she became speaker of the house. She has also has interfered with the treaty between the United States of America and Ukraine on Mutual Legal Assistance in Criminal Matters with Annex, signed at Kiev on July 22, 1998, and with an Exchange of Notes signed on September 30, 1999, which provides for its provisional application. Katie Hill (a Democrat member of the house from California) was forced to resign from office and a story in the Baltimore Sun references a picture with her or her lover and a NAZI Iron cross tatoo. <ref> https://www.baltimoresun.com/opinion/readers-respond/bs-ed-rr-liberal-media-katie-hill-letter-20191030-x5rieak2mff7xfcgfmdtdr7qha-story.html </ref> Based on the Katie Hill resignation, **Nancy Pelosi must also resign her position**. In another previous incident by a member of the house of Representatives United States Representative <ref> https://www.youtube.com/watch?v=m3Rut64GDqA </ref> Mr. Adam Schiff did willfully and with forethought did intentionally violate the Hobbs Act codified as 18 U.S.C. § 1951 and Foreign Corrupt Practices Act of 1977 (FCPA codified as 15 U.S.C. § 78dd-1). Also this case alo involves (18 U.S. Code § 1519 – Destruction, alteration,

or falsification of records), (18 U.S. Code § 1505 – Obstruction of proceedings before departments). It is now repoted that a staffer of Adam Shiff was linked to a think tank backed by Burisma, the Ukrainian energy company involved in the Hunter Biden controversy. <ref> https://www.youtube.com/watch?v=9SsZVwonUHw </ref> By requesting the case be dismissed with prejudice and the joint filing by ASSOCIATED PRESS, PHILADELPHIA MEDIA NETWORK LLC (PMN) demonstrates the level of conspiracy and also George Soros linked groups hurting people like Taylor Swift <ref> https://www.youtube.com/watch?v=IqjasqMJXac </ref> and per United States v. Schmuck, 489 U.S. 705, 710 (1989), United States v. Coachman, 727 F.2d 1293, 1302 n. 43 (D.C. Cir. 1984).

The courts have affirmed, it must "afford a liberal reading to a complaint filed by a pro se plaintiff," particularly when the plaintiff has no formal legal training or education. Klayman v. Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus, 551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers.") (internal quotations and citations omitted).

WHEREFORE, for all the foregoing reasons, and the documented murders of 3 federal employees by Mr. Cutler (Jonnathan Luna, Beranton Whisenant,

and Justin Zemser) and 5 children on May 13, 1985 and significant

discrimination against other Jewish individuals (11 murdered by Robert

Bowers 2:18-cr-00292), (discrimination by police in Philadelphia polce

department against Jewish Police officers 2:18-cv-05029), Mr Cutler's

motion in District of Columbia case #1:17-cv-01154 (ECF #79) the

books "Love-Murder-Corruption-Lancaster-County" and "BLACK

KLANSMAN". Altough the may be Klu Klux Klan, which was outlawed in

1871, and has not been specifically identified, equal treatment under the law

violations are apparent in this case. The mayor of Philadelphia has made

several statements supporting Hahnamenn hospital but the actions of the city

fail to support that calim, which amounts to perjured testimony. The

governor of Pennsylvania has made several statements supporting

Hahnamenn hospital but the actions of the commonwealth fail to support

that calim, which amounts to perjured testimony. The bankruptcy courts

have also deleted documents in supprt of the has Specifically, theu recently

filed a notice to cancel their operating license to be a hospital. A seven

year old boy that died as result of an activity is being prosecuted while those

responsible for the MURDER of a seven year old boy May 13, 1985 has

gone completely unpunished in any form, and concealed from normal view.

<ref> https://www.inquirer.com/news/death-subway-charges-broad-street-line-septa-district-attorney-philadelphia-aden-devlin-20190829.html </ref>

The recent deaths of Whitey Bolger (and Mr. Bolger's relative involved with

Joe Biden's son in Ukraine gas company) and Jeffrey Epstein and multiple praise for late senator Byrd by Hillary Clinton demonstrates the level this has existed in the United States also for a long period of time including the Scottsboro Boys in 1931, the Democratic party and on August 16, 2016 Seth Rich *is mentioned in the filing in Philadelphia United States Court of Appeals for the Third Circuit case 16-3164* <ref> *https://en.wikipedia.org/wiki/Talk%3ADemocratic_National_Committee#Removed_sentence* </ref>.

In fact persons in the United States Government have obstructed justice in this case as well as case 19-11466 and may be involved in blocking another federal case 2:19-cv-03149. The rampant discrimination in Pennsylvania by the Klu Klux Klan against Jewish, African Americans, and other (some of which Government Officials) are other minorities is a stain on the constitution. A rose by any other name would smell just as sweet, the KLU KLUX KLAN, no matter the name they PROUDLY use just smells, like a number 2. The court should also deny all parties a motion to Dismiss since they all failed to notify in all responses to all parties as and would violate equal protection as per ECF #5 case # 2:17-cv-00984 by the late Thomas O'Neill, the order denies any claims for failure to notify all parties. Haverford Police have finally decided to notify all parties, but documented history cannot be undone, and they have presented NO argument which suggest they should be excused. ALSO that it was pursuant to furtherance

of a federal crime. This is just like the activities that were charged against

general Flynn by the FBI that were intentionally set-up. In this case the

federal crimes are specifically mail fraud, abuse of power, abuse of process,

bank robbery (18 U.S.C. § 2113), perjury (18 USC § 1001), and

violations of the the Securities Act of 1933 and Securities Exchange Act of

1934 via misrepresentation (17 CFR § 240.10b-5). Google, Ford Motor

Company, and ERIE Insurance Group, have misrepresented their staus in

reports filed with the cars sold. Based on other information, these Air bags

could be used to Murder persons on demand by members of the Deep State.
<ref> https://www.consumerreports.org/car-recalls-defects/takata-airbag-recall-everything-you-need-to-know/ </ref>Lemberg Law acting as an agent for Ford Motor Company did

deny they are representing Mr. Cutler after notifying him via mail they

intend to represent him. Mr. Cutler has not driven his 2011 Ford Fusion

since Oct 2, 2017 when six police officers from East Lampeter Township

conspired with the constable to destroy all the evidence in the case by Ralph

Hutchinson, Amber Green Martin, Scott Martin, Brian Hurter and others not

mentioned or served to steal in excess of over $ 900,000.00 with the aid of

the Lancaster County Courts based on perjured testimony but violating the

Ten Commandments by bearing FALSE WITNESS with the aid of the news

media (LNP and NBC) did willfully conspire to hide MURDERS, by public

officials that may be members of the KKK. Mr. Cutler owns 10 shares

of Ford Motor Company Stock and also 10 shares of Fulton (stock symbol

FULT) in Schwab accounts. The default judgement filed 18JUN2019 against Brian Sims in his Official Capacity as a Representative of the Commonwealth of Pennsylvania did PROUDLY show he willfully and deliberately violated the United States Constitution, the establishment clause Ammend 1 and his Oath of Office, by actively preventing a woman from praying across the street of the Planned Parenthood office in Philadelphia. The actions involved also involves a conspiracy to hide an ongoing criminal enterprise and other crimes (18 U.S. Code § 1519 – Destruction, alteration, or falsification of records), (18 U.S. Code § 1505 – Obstruction of proceedings before departments). By requesting the case be dismissed with prejudice and the joint filing by ASSOCIATED PRESS, PHILADELPHIA MEDIA NETWORK LLC (PMN) demonstrates the level of conspiracy United States v. Schmuck, 489 U.S. 705, 710 (1989), United States v. Coachman, 727 F.2d 1293, 1302 n. 43 (D.C. Cir. 1984). Recently law enforcement officals which may be members of the KKK using illegal tracking techniques targeted Mr. Cutler to prevent his free movement, by giving penalties for failing to have an inspection on the dodge truck vehicle, in Springetsburry Township, York PA, Haverford Township and East Lampeter Township. The law being used against Mr. Cutler is UNCONSTITUTIONAL. It is a NON-UNIFORM TAX on persons, which violates the Commonwealth of Pennsylvania UNIFORMITY CLAUSE of

the Pennsylvania Constitution. The Commonwealth is aware of every vehicle that has an inspection since they actually charge an MCI fee for each car which is called in to PENDOT and does not mail fines to all subject vehicles. They also do not apply the law to any vehicles from other states which travel in Pennsylvania even though speed regulations are enforced. The Supreme Court of the United States Supreme Court cited equal protection in their approval of universal marriage despite the birth sex of the parties, June 26, 2015. The United States Supreme Court has also also cited by unamimous consent that excessive fines are unconstitutional by States in *Timbs v. Indiana*. This an attempt by the governor to use the government to commit premeditated Murder of Mr. Cutler for exposing the KKK in Pennsylvania, and the United States to cover crimes being inflicted upon residents of the commonwealth. The Governor has all

types of enforcement on the sale of alcohol but has made it a trivial matter to Gamble with no enforcement or oversight, and it is now obvious they will be promoting the sale of lottery tickets with credit cards. On 08NOV2019 a woman told Mr. Cutler that her 15 year old daughter had lost hundreds of dollars buying lottery tickets in violation of Pennsylvania law. The governor has also announced that commonwealth will terminate the use of cash on the Pennsylvaniia Turnpike, even though the city of Philadelphia recently passed a law requiring all stores in Philadelphia to accept cash payments.

The Pennsylvania Turnpike was built with the aid of Federal funds, and cash is legal tender for all debts public and private. Mr. Cutler ran against Tom Wolf twice. A previous govenor, while DA in Philadelphia was central in the murder of 5 children on 13MAY1985, as a form of eviction on Osage Avenue in Philadelphia. The courts have affirmed, it must "afford a liberal reading to a complaint filed by a pro se plaintiff," particularly when the plaintiff has no formal legal training or education. Klayman v. Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus, 551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers.") (internal quotations and citations omitted). Wikimedia Foundation and their Lawyer Mr. Heller are using public money via their status as a 501(3)(c) corporation to further religious discrimination, a use not allowed, and participation in conspiracy to commit MAIL FRAUD with Mr. Lane Schiff and judge Eduardo Robreno violate rule 7 of the FRCP by issuing an order after only 1 day after possibly being served and witheld exculpatory pages. Based on the attached pages the state courts are declaring they can have DEFAULT JUDGENMENT and it is established law that federal court supercedes State Courts. (See evidence attached). Haverford police may have aided the theft of Mr. Cutler's wallet on Oct 22, 2019 from the Staples store at 1395 West Chester

Pike, and their lack of dillegence in identifying the individual that left the wallet minus about $ 320 at the Falcon Center 525 West Chester Pike approximately 2 blocks away. The evidence shows a conspiracy to issue orders with everyone else on Yom Kippur, a significant Jewish Holiday. The evidence attached shows that the Commonwealth of Pennsylvania used information supplied by Google to track and possibly plan the MURDER of Mr. Cutler by legal means, or Police to help conceal the Klu Klux Klan and a corrupt oranization. Recently The Australian Competition and Consumer Commission began proceedings against Google in the federal court in New South Wales on Tuesday, alleging it breached the law through a series of on-screen representations made as users set up Google accounts on their

Android mobile phones and tablets <ref> https://www.reuters.com/article/us-australia-google-regulator/australian-regulator-files-privacy-suit-against-google-alleging-location-data-misuse-idUSKBN1X804X </ref> The Pennsylvania's Whistleblower Law, 43 P.S. § 1421

et seq., provides for penalties and this case meets all those requirements, since three different police departments (Haverford, Springettsbury Township, and East Lampeter Township used this information to hide the Klu K;ux Klan membership) in Pennsylvania just to ignore supremecy of FEDERAL law and target Mr. Cutler. Tami Levin and other Jewish Individuals. The current Governor and Mayor of Philadelphia meet these requirements as well. The Mayor's sugary beverage tax, is actually a "BLACK PERSON TAX" which gives the Mayor standing with the KKK as

a superstar. In OBAMACARE the tax on Tanning was a "WHITE PERSON

TAX". Brian Sims, High Inc., and East Lampeter Township have all

DEFAULTED on this case, and to conceal the multiple murders in

Pennsylvania the Commonwealth is using an unconstitutional law, mail

fraud and conspiracy from Deep State Actors to try and cover-up these

events and false incarceration of Lisa Michelle Lambert and violations of the

patriot act by East Lampeter Township and Lancaster county. Although in

PA most positions are won by vote, but Township Managers are essentially

appointed by life, like a king. This case was filed two years

from the when East Lampeter Township appointed the treasurer to

collect taxes, who was never allowed to collect taxes legally and has never

accounted for the bank robbery conspiracy (18 U.S.C. § 2113), which makes

Google a party to these activities, and 100% of their assets subject to

forfeiture <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> Since this

case is also about the MURDER of FEDERAL Employees there is no statue

of limitation. As an Official Whistle Blower in the Commonwealth of

Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor

of Philadelphia, and the Governor were a concerted effort to legally Murder

Jews like Albert Chernoff, the woman found in her home in the 800 block of

Bergen Street, Jill Millman (page B3 Inquirer Thursday November 7, 2019)

by persons like Fred Arena (page B1 Inquirer Thursday November 7, 2019),

or Michael White or persons simmilarly situated. Mr. Cutler delares as part of this document that he is **WHISTLEBLOWER** exposing the Governor and Mayor as members of this organization in a public matter. Unlike the alleged **WHISTLEBLOWER** impeachment orchestrated by Eric Ciaramella with others Mr. Cutler has signed and dated this

**WHISTLEBLOWER** document that, unlike the cladestine misuse of the legal system by the house <ref> https://www.washingtonexaminer.com/news/alleged-whistleblower-eric-ciaramella-was-biden-guest-at-state-department-banquet </ref> The hatred of coal may be related to the fact that bad people get a lump of coal in their stocking by St. Nick at Christmas, so if there is no coal, what they are doing cannot be considered evil. Both Seth Rich and Edward Snowden were

**WHISTLEBLOWER**s, Seth is dead and Edward Snowden is in exiled to Russia. All documents in Cases 18-3693, 17-2709, 14-5183 should be included by reference. Based on the OIG report page 256, a lawyer for the DOJ altered an email and then used the altered email for basis of the FISA court warrant to **SPY ON THE PRESIDENT**. This is based on questions posed bt Senator Cruz on 11DEC2019. For the reasons stated above ECF 103, 104, 105 & 106 should be denied. At minimum a subpoena should be issued for Nancy Pelosi, Lisa Michelle Lambert, Tabatha Buck, John Brennen, James Clapper, James Comey, Andrew McCabe all parties served and named as part of this legal action suit and their lawyers, state judges

named, April Brooks, Springetsburry Police Department, Haverford Police Department, all lawyers that are listed in all the various Cases, reporters for the newspapers and served by federal MARSHALLS. It is curious that all defendents in this case have decided to share equally all of the penalties and blame.

Respectfully submitted,

DATE: 23DEC 2019

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

## PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGMENT

AND NOW, this______ day of ____________, 2019 upon consideration Plaintif's Motion for Default Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED. SO ORDERED.

[1] Order the SUMMARY Judgment against all defendants be granted and made FINAL at one million dollars per day or as a neotiated amount.

[2] Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated and all persons similarly situated (William Henry Cosby, Jeffrey Smiles, Emily Weinman, David Sommers, Mr. William H. McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, charges against Roger Stone and Eric Snowden, etc.), for violations of equal protection. All prosecutions of Robert Mueller as special prosecutor vacated because his appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[3] Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA East Lampeter Township and Haverford, PA.

[4] Order ECF 103, 104, 105 & 106 be denied.

[5] Order Nancy Pelosi and Adam Schiff to resign from their elected positions based on crimes identified in this document, or from their leadership positions.

[6] Order Judge Barry Bloss, Judge Cynthia Rufe, and Judge Eduardo Robreno pay twice their daily salary each day to the innosense project , until they resign.

[7] Order Tom Wolf to resign for interference in interstate commerce by restricting traffic on Pennsylvania highways based on news media reports that were equally reliable on stating the Eagles Football team cannot loose against the Florda Marlins.

[8] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[9] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and Donald Trump in all future actions with the court by East Lampeter Township Lancaster County. Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[10] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case,

especially any officials of the United States Government, and all payments by any George Soros organization.

[11] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each party.

[12] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO violations, and 18 U.S.C. § 1964, Civil RICCO Act.

[13] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery).

[14] Order Fulton Financial to return all money for accounts ending with 8603 and 8612 with penalties.

[15] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

[16] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news.

[17] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[18] Other remedies the court deems appropriate.

[19] Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

[20] Order Nancy Pelosi to resign from her position for the false statement (18 USC § 1001) made trough her lawyer.

[21] Order Susan Peipher Esquire and other lawyers guilty of similar activites, to be barred from participation in the Federal Court CM/ECF system.

[22] Order the United States Government to stop collecting or accessing penalties **FOR FAILURE** to ***comply with established tenets or teachings of such sect or division of ANY religion*** **in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional** , based on the 89 page writ of USCA case 17-2709 on page 314A, and Supreme court case # 15-632.

Dated: ____, 2019______

_______________________________

BY THE COURT

# ADDENDUM

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 14-5183** **September Term, 2014**

FILED ON: AUGUST 14, 2015

JEFFREY CUTLER,
APPELLANT

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,
APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:13-cv-02066)

---

Before: HENDERSON, ROGERS and MILLETT, *Circuit Judges*

**JUDGMENT**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be reversed as to Cutler's standing to press his Establishment Clause challenge, and be affirmed both as to the merits of his Establishment Clause claim and his lack of standing to press his equal protection challenge, in accordance with the opinion of the court filed herein this date.

Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Ken Meadows
Deputy Clerk

Date: August 14, 2015

Opinion for the court filed by Circuit Judge Millett.

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
December 18, 2019
Lyle W. Cayce
Clerk

---

No. 19-10011

---

D.C. Docket No. 4:18-CV-167

STATE OF TEXAS; STATE OF ALABAMA; STATE OF ARIZONA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MISSISSIPPI, by and through Governor Phil Bryant; STATE OF MISSOURI; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF WEST VIRGINIA; STATE OF ARKANSAS; NEILL HURLEY; JOHN NANTZ,

Plaintiffs - Appellees

v.

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; ALEX AZAR, II, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF INTERNAL REVENUE; CHARLES P. RETTIG, in his Official Capacity as Commissioner of Internal Revenue,

Defendants - Appellants

STATE OF CALIFORNIA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF KENTUCKY; STATE OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF VIRGINIA; STATE OF WASHINGTON; STATE OF MINNESOTA,

Intervenor Defendants - Appellants

Appeals from the United States District Court for the
Northern District of Texas

Before KING, ELROD, and ENGELHARDT, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part, vacated in part, and remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

KING, Circuit Judge, dissenting.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 19, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-10011 State of Texas, et al v. USA, et al
USDC No. 4:18-CV-167

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

Ms. Munera Al-Fuhaid
Mr. Ryan Wolfe Allison
Ms. Ginger Anders
Mr. Peter J. Anthony
Mr. A. Xavier Baker
Mr. Benjamin Battles
Mr. Matthew Joseph Berns
Mr. Jack R. Bierig
Mr. Nathanael Blake
Mr. Kenneth Lee Blalack II
Ms. Kathleen Boergers
Mr. Wade Carr
Mr. Z.W. Julius Chen
Mr. Lawrence Crawford
Mr. Stuart F. Delery
Ms. Bridget DiBattista
Mr. Nicholas M. DiCarlo
Ms. Margaret Dotzel
Mr. John Allen Eidsmoe
Mr. Nimrod Elias
Mr. August E. Flentje
Mr. Benjamin Michael Flowers
Mr. Brian Rene Frazelle
Mr. Matthew Hamilton Frederick
Ms. Elaine Goldenberg
Ms. Brianne Gorod
Ms. Maame Gyamfi
Mr. David J. Hacker
Ms. Caitlin Joan Halligan
Mrs. Fadwa A. Hammoud

Mr. Brooks M. Hanner
Mr. Kyle Douglas Hawkins
Mr. Joshua L. Hedrick
Mr. Matthew S. Hellman
Mr. Robert E. Henneke
Ms. Hyland Hunt
Mr. Scott H. Ikeda
Mr. Paige Jennings
Ms. Michelle Shane Kallen
Mr. John T. Kitchens
Mr. Jeremy Kreisberg
Ms. Maria Rose Lenz
Mr. Douglas Neal Letter
Mr. Sean Michael Marotta
Ms. Catherine M. Masters
Mr. Darren Lee McCarty
Mr. Matthew Robert McGuire
Mr. Raffi Melkonian
Mr. Jonathan Meltzer
Ms. Rachel Miller-Ziegler
Ms. Karen S. Mitchell
Mr. Robert Tadao Nakatsuji
Mr. Eric Olson
Mr. William Jeffrey Olson
Ms. Neli N. Palma
Mr. Joseph R. Palmore
Ms. Beth Bivans Petronio
Ms. Lanora Christine Pettit
Mr. Ashwin Pradyumna Phatak
Mr. Joseph Rubin
Mr. Richard Salgado
Mr. Jaime Santos
Mr. Andrew Layton Schlafly
Mr. William B. Schultz
Mr. Jay A. Sekulow
Mr. Pratik A. Shah
Ms. Kristin Ann Shapiro
Mr. Samuel Siegel
Ms. Benna Ruth Solomon
Ms. Marie Soueid
Mr. Jeffrey T. Sprung
Mrs. Heidi Parry Stern
Mr. Todd Barry Tatelman
Mr. Martin Vincent Totaro
Ms. Jessica Elaine Underwood
Ms. Lorraine Alofa Van Kirk
Ms. Caroline Van Zile
Mr. Donald B. Verrilli Jr.
Mr. Stephen B. Vogel
Ms. Jessica Willey
Mr. Daniel W. Wolff
Ms. Elizabeth Bonnie Wydra
Mr. David Meir Zionts

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

---

No. 19-10011

---

STATE OF TEXAS; STATE OF ALABAMA; STATE OF ARIZONA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MISSISSIPPI, by and through Governor Phil Bryant; STATE OF MISSOURI; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF WEST VIRGINIA; STATE OF ARKANSAS; NEILL HURLEY; JOHN NANTZ,

Plaintiffs - Appellees

v.

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; ALEX AZAR, II, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF INTERNAL REVENUE; CHARLES P. RETTIG, in his Official Capacity as Commissioner of Internal Revenue,

Defendants - Appellants

STATE OF CALIFORNIA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF KENTUCKY; STATE OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF VIRGINIA; STATE OF WASHINGTON; STATE OF MINNESOTA,

Intervenor Defendants - Appellants

---

Appeals from the United States District Court
for the Northern District of Texas

---

O R D E R :

IT IS ORDERED that Lawrence Crawford's motion for leave to file motion to intervene out of time is DENIED.

IT IS FURTHER ORDERED that Lawrence Crawford's motion for leave to file motion to intervene in excess pages is DENIED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

2493-95; *see also* § 5000A(e)(1)(A) ("No penalty shall be imposed . . . with respect to . . . [a]ny applicable individual for any month if the applicable individual's required contribution (determined on an annual basis) for coverage for the month exceeds 8 percent of such individual's household income . . . .").[16] Noting the importance of the tax credits and coverage requirement (as enforced by the shared-responsibility payment) to the statutory structure, the Court concluded as a matter of statutory interpretation that Congress did not intend a scheme in which neither tax credits nor the coverage requirement were operating to bring low-risk consumers into the insurance pools. *See King*, 135 S. Ct. at 2492-94 ("The combination of no tax credits and an ineffective coverage requirement could well push a State's individual insurance market into a death spiral. . . . It is implausible that Congress meant the [ACA] to operate in this manner.").

The district court framed *King* as saying that Congress intrinsically tied the community-rate and guaranteed-issue provisions to the coverage requirement, meaning that those provisions must be inseverable from the coverage requirement. But the district court ignored a crucial aspect of the *King* Court's analysis: it explicitly discussed the coverage requirement as enforced by the shared-responsibility payment. *See id.* at 2493 (referring to the coverage requirement as "a requirement that individuals maintain health insurance coverage *or make a payment to the IRS*" (emphasis added)). Indeed, as the Court identified it, the crux of the problem with denying consumers tax credits in federal-exchange states was that doing so would make a large

[16] Lest there be any confusion, the exemption at issue in *King* exempted individuals otherwise subject to the coverage requirement from the shared-responsibility payment; it did not exempt them from the coverage requirement itself. Exemptions from the shared-responsibility payment are listed in § 5000A(e)(1), whereas exemptions from the coverage requirement itself are listed in § 5000A(d).

number of individuals unable to afford insurance, thus exempting them from the shared-responsibility payment. *See id.* These widespread exemptions would, in turn, make the coverage requirement "ineffective." *Id. King* thus speaks far more to the shared-responsibility payment's role in the ACA's pre-TCJA statutory scheme than it does the coverage requirement's role in the statutory scheme.

Even to the extent the Court in *NFIB* or *King* meant to opine on the coverage requirement's severability, these cases were both decided before the TCJA. They thus give no insight into how the coverage requirement fits into the post-TCJA scheme. Whatever reservations the Court previously harbored about severing the coverage requirement, Congress plainly did not share those concerns when it zeroed out the shared-responsibility payment. Congress either concluded that healthcare markets under the ACA had reached a point of stability at which they no longer needed an effective coverage requirement,[17] or it chose to accept the negative side effects of effectively repealing the coverage requirement as a cost of relieving the burden it placed on applicable individuals. Either way, the legislative considerations have necessarily shifted.

In sum, there was no reason for the district court to conclude that *any* provision in the ACA was inseverable from the coverage requirement. The majority does not necessarily disagree. I thus do not understand its decision to remand when, even on the majority's analysis of the case, it could instead

[17] *See* CBO Report, *supra*, at 1 (concluding that "[n]ongroup insurance markets would continue to be stable in almost all areas of the country throughout the coming decade" if the coverage requirement were repealed); Amicus Br. of Blue Cross Blue Shield Ass'n at 24-27 (explaining that tax credits and other ACA provisions are driving enough consumers into insurance markets to make the coverage requirement unnecessary).

reverse and render a judgment declaring only the coverage requirement unconstitutional.

## V.

Limits on judicial power demand special respect in a case like this. For one thing, careless judicial interference has the potential to be especially pernicious when it involves a complex statute like the ACA, which carries such significant implications for the welfare of the economy and the American populace at large. For another, the legitimacy of the judicial branch as a countermajoritarian institution in an otherwise democratic system depends on its ability to operate with restraint—and especially so in a high-profile case such as the one at bar. The district court's opinion is textbook judicial overreach. The majority perpetuates that overreach and, in remanding, ensures that no end for this litigation is in sight.

I respectfully dissent.

In The

**United States Court of Appeals**

**for the Fith Circuit**

**19-10011**

JEFFREY CUTLER
Intervenor Paintiff-Appellee

STATE OF TEXAS, et al.
Paintiff-Appellees

v.

UNITED STATES OF AMERICA, et al.
Defendants-Appellants

STATE OF CALIFORNIA, et al.
Intervenor Defendants-Appellants

NANCY PELOSI
Intervenor Defendants-Appellant

*Appeal from the Order/Judgment entered Dec 14, 2018 in the United States District Court for the Northern District of Texas at No. 4:18--cv-00167-0*

**RESPONSE TO NANCY PELOSI'S PETITION OF 03JAN2019**

ORAL ARGUMENTS REQUESTED

YouTube Search

Pa. House Video
Published on Jul 11, 2019

SUBSCRIBE 1.4K

Pa. state Rep. Brian Sims joined advocates in colleagues in fighting to save Hahnemann University Hospital. He explains why closure would be detrimental for families across Philadelphia. More at http://www.pahouse.com/Sims

SHOW MORE

0 Comments SORT BY **COMMENT CENSORED *****

Add a public comment...

JC_ 1 day ago

In May 2019, Sims posted an eight minute video of himself confronting a woman who was protesting outside a Planned Parenthood facility in Philadelphia by praying with a rosary. On May 15, 2019 he was served a summons for federal case 5:19-cv-00834 (Cutler v. Pelosi et al.) at his office on Chestnut Street. On July 15, 2019 at 3:00 PM the Default judgement entered against Brian Sims on June 18, 2019 was used as collateral for trying to help Hahnemann Hospital stay open case # 19-11466 Delaware Bankruptcy Court. On July 10, 2019 Jeffrey Cutler discovered the document filed in the Bankruptcy case #19-11467 is docketed as document #104 in Bankruptcy court case# 19-11466 (related case). On July 11, 2019 Jeffrey Cutler testified at the end of the hearing for case #19-11466 about his plan to save Hahnemann Hospital. Prior to his testimony the lawyer for PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC violated 18 USC § 1001 in open court and claimed he had talked to the Nurses. The lawyer representing the nurses union weighed in via phone and contradicted his statement during the hearing. THIS MEANS THAT BRIAN SIMS MAY HELP KEEP THE HOSPITAL OPEN DEFAULTING IN CASE 5:18-cv-00834!!!! Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see
<ref>
https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/</ref>
and <ref> https://www.brennancenter.org/legal-work/corman-v-torres</ref><ref>
https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al</ref>
Show less

https://www.youtube.com/watch?v=1f-6d8xTIGs

CONSPIRACY TO COMMIT BANK & INSURANCE FRAUD

Jeffrey Cutler To All: Attached is a TAX cert and page 2 of 14 from... Jan 30

Milligan, Joseph A. (PH) (FBI) <Joseph.Milligan@ic.fbi. Jan 30
to me, John, JAN.MCDERMOTT, Dave

Mr. Cutler,

Cease and desist adding myself and ADA McDemott to any more of your emails regarding this matter. Special Agent Milligan

From: Jeffrey Cutler [mailto:eltaxcollector@gmail.com]
Sent: Sunday, January 29, 2017 11:40 PM
To: Murray, John <JoMurray@paauditor.gov>; JAN.MCDERMOTT@phila.gov; Dave Brown <dave@pearsonkoutcherlaw.com>; Milligan, Joseph A. (PH) (FBI) <Joseph.Milligan@ic.fbi.gov>
Subject: CONSPIRACY TO COMMIT BANK & INSURANCE FRAUD

...

Jeffrey Cutler <eltaxcollector@gmail.com> Jan 30
to whmcmichael, jhaskins, dyerushalmi, djacob, lsiebell, Dave

To All;

See the message below. I am involved with a bunch of People that are **ANTI-JEWISH**. They are trying to set me up to be accused of **THEFT**!! They have conspired to delete payment information and try and blame me for **stealing**!! They are all criminals. The FBI does not want to help. They suggested (FBI) I get a lawyer. They just want claim the **JEW IS A THIEF**!!!

Jeff Cutler

717-654-4718
215-872-5715

717-654-4718

3 Attachments

VALIDATION_ERR...

ELSUIT_Stop_OR...

SUPCOURT.doc

Devon Jacob Jeffrey, do not contact me again for any reason. If you do... Jan 30

Jeffrey Cutler Lonnie... No Friends Jeff Cutler Jan 30

Jeffrey Cutler Justin; It must be my breath. Jeff Cutler Jan 30



U.S. POSTAGE PITNEY BOWES
ZIP 19103
02 4W
$ 001.00
0000346765 OCT 25 2019

# FIRST CLASS MAIL

RECEIVED

NOV 18 2019

DBR MAILROOM

Rick Coe

From
DrinkerBiddle&Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

UDWA
WRONG
PO.












US POSTAGE PITNEY BOWES
$ 001.15
NOV 18 201

RECoe/DJHayes

From
DrinkerBiddle&Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

Jeffrey Cutler
67 Cambridge Village
P O Box 2806
York, PA 17405

RCVD 06 DEC 2019

Telephone: 2158725715

Issue: OTHER

Message Subject: IMPEACHMENT
Message Text:
NANCY PELOSI ON 03JAN2019 LIED UNDER OATH IN COURT!!!! From page 5 case # 5:19-cv-00834 (ORIGINAL CASE FILED 26FEB2019) ECF 102 titled [MOTION FOR DEFAULT AGAINST NANCY PELOSI IN HER OFFICIAL CAPACITY AND ALL OTHER DEFENDANTS] (ECF 102 FILED 03DEC2019..NANCY'S LAWYER READ IT 04DEC2019 AND NANCY CALLED FOR IMPEACHMENT O5DEC2019 TO SAVE HER JOB!!!) ...The actions involved also involves a conspiracy to hide an ongoing criminal enterprise and other crimes by the democratic party to hinder the president in carrying out his constitutional duties. Nancy Pelosi in her official capacity did violate via her lawyer (Mr Donald B. Verilli Jr.) and stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime on her behalf just after she became speaker of the house. She has also has interfered with the treaty between the United States of America and Ukraine on Mutual Legal Assistance in Criminal Matters with Annex, signed at Kiev on July 22, 1998, and with an Exchange of Notes signed on September 30, 1999, which provides for its provisional application. Katie Hill (a Democrat member of the House from California) was forced to resign from office ....Based on the Katie Hill resignation, Nancy Pelosi must also quit her position. ......Based on a previous incident by United States Representative <ref> https://www.youtube.com /watch?v=m3Rut64GDgA </ref> Mr. Adam Schiff did willfully and with forethought did intentionally violate the Hobbs Act codified as 18 U.S.C. § 1951 and Foreign Corrupt Practices Act of 1977 (FCPA codified as 15 U.S.C. § 78dd-1). Also this case alo involves (18 U.S. Code § 1519 – FROM PAGE 34 FILED JULY 24, 2018 BY TIME STAMP, BUT PUT ONLINE 08/10/2018 <ref> http://redistricting.ls.edu/file /PA corman 20180724 brief.pdf </ref> Robert Mueller was the director of the FBI on December 4, 2003 when Jonathan Luna, (POSSIBLY BY MEMBERS OF THE KLU KLUX KLAN) was found MURDERED in Lancaster county, Pennsylvania. Five days after the death James Comey may have been given the number 2 position at the DOJ, to help cover-up the murder. At the time of the MURDER Andrew McCabe was in charge of the criminal division of the FBI. The FBI tried to get the coroner of Lancaster, county to call the MURDER a SUICIDE. Mr. McCabe was fired from the FBI for lies he made on March 16, 2018. April Brooks made the FALSE statement "There's no evidence to show that he met his death at the hands of any other individual," Brooks said. "Or that he had seen or been with any other individual that night. You have naysayers and you have a divergence of (law enforcement) opinion," she said. "But again, we turned over every rock. We are confident that there is nothing hanging out there to find." <ref>http://articles.chicagotribune.com/2012-08-29/news/sns-rt-us-usa-security-fbibre87s0u5-20120829_1_white-collar-crime-drug-gangs-gang-cases</ref>., Even though this contradicts the report of the Lancaster county coroner. Destruction, alteration, or falsification of records), (18 U.S. Code § 1505 – Obstruction of proceedings before departments). Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews like Albert Chernoff, the woman found in her home in the 800 block of Bergen Street, Jill Millman (page B3 Inquirer Thursday November 7, 2019) by persons like Fred Arena (page B1 Inquirer Thursday November 7, 2019), or Michael White or persons simmilarly situated. Mr. Cutler delares as part of this document that he is WHISTLEBLOWER exposing the Governor and Mayor as members of this organization in a public matter. Unlike the alleged WHISTLEBLOWER
the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews like Albert Chernoff, the woman found in her home in the 800 block of Bergen Street, Jill Millman (page B3 Inquirer Thursday November 7, 2019) by persons like Fred Arena (page B1 Inquirer Thursday November 7, 2019), or Michael White or persons simmilarly situated. Mr. Cutler delares as part of this document that he is WHISTLEBLOWER exposing the Governor and Mayor as members of this organization in a public matter. Unlike the alleged WHISTLEBLOWER
impeachment orchestrated by Eric Ciaramella with others Mr. Cutler has signed and dated this WHISTLEBLOWER document that, unlike the cladestine misuse of the legal system by the house <ref> https://www.washingtonexaminer.com/news/alleged-whistleblower-eric-ciaramella-was-biden-guest-at-state-department-banquet </ref> The hatred of coal may be related to the fact that bad people get a lump of coal in their stocking by St. Nick at Christmas, so if there is no coal, what they are doing cannot be considered evil. Both Seth Rich and Edward Snowden were WHISTLEBLOWERs, Seth is dead and Edward Snowden is in exiled to Russia. *** THE ABOVE IS CENSORED BY EVERY NEWS OUTLET IN THE US*** THE FBI/CIA AND NBC THOUGHT I WAS GOING TO BE ON AMTRAK 188 ***WRONG JEFFREY CUTLER TOOK NON-RESERVED SEAT TRAIN EARLY*** I WAS AT HEARING USCA CASE 14-5183 IN WASHINGTON DC CASE DECIDED 14AUG2015 GRANTING STANDING TO SUE BOUGHT A ROUND TRIP TICKET AT AMTRAK TERMINAL WITH AMEX CARD THAT MORNING ABOUT 5 AM !!! <ref> https://philadelphia.cbslocal.com/2015/05/12/crews-responding-to-reported-train-derailment-in-port-richmond/ </ref> NO LAWYER WILL REPRESENT ME SO ALL CASES ARE PRO SE FBI SCARES THEM ALL

**Langhorne Office**
1717 Langhorne Newtown Rd. Suite 400
Langhorne, PA 19047
Phone: (215) 579-8102
Fax: (215) 579-8109

National Edition
Clouds and sunshine. Highs in 30s to lower 40s. Clear to partly cloudy to- ...teens to upper

# Billion Gap

## ming Budget Crisis

did not explain why nobody noticed the deficit earlier — or rather, why they did not report it earlier.

In particular, experts have focused on $1.7 billion in Medicaid payments that the state quietly deferred from the end of March to three days later, in April. As a result, those payments were pushed into the following year's budget — making it appear as if the state had stayed within its Medicaid budget for the year, when it had not.

"They would have seen that this was a problem, and they chose not to act," said David Friedfel, the director of state studies at the Citizens Budget Commission, a nonpartisan fiscal watchdog.

State budget officials said delaying payments was a common book-balancing practice. In fact, they plan to do it again to offset next year's shortfall, by kicking as much as $2.2 billion to future budgets.

They did not foresee the crisis sooner, they said, because the Health Department did not tell them about Medicaid overspending until the last minute of budget talks.

Freeman Klopott, a spokesman for the budget division, defended the state's fiscal stewardship, noting that the rate of overall Medicaid spending had grown at less than half the national average during Mr. Cuomo's tenure. (Even so, New York's cost per person enrolled in Medicaid is 50 percent higher than the national average, Mr. Friedfel said.)

"We are developing a plan to be produced in January that will once again limit New York State's Medicaid spending growth and continue high quality care for six million New Yorkers without raising taxes to cover the cost," Mr. Klopott said in a statement.

But some have wondered whether Mr. Cuomo's political interests played a role in the fiscal maneuvers.

In 2018, as the governor was engaged in a heated primary contest with his own left-flank challenger, his campaign asked the powerful Greater New York Hos-

Gov. Andrew M. Cuomo
Medicaid reimbursemen

pital Association to donate State Democratic Party, was backing him.

The association complie more than $1 million in co tions — twice as much as given to any campaign in a decade. Soon after, the st thorized an across-the-bo crease to Medicaid rein ment rates — its first sinc and a key demand of heal groups, including the hosp sociation.

Mr. Cuomo's office has any link between the reim ment increase and politic governor's budget di Robert Mujica, said the in was linked to a one-time w for the state from the sale o surance company, and th Legislature approved usin pot of money on costs rel health care, months befo hospital association's dona

"People are just trying nect dots where the dots do nect, in order to have a conv narrative," Mr. Mujica said

Still, it is clear that politi be inextricable from next budget negotiations.

Early this month, Mr. H taunted a Republican ass woman on Twitter, accusing trying to turn the deficit int paign fodder. The assembl an, Nicole Malliotakis, ha cized Mr. Heastie's call fo taxes.

Mr. Heastie fired back, ne Ms. Malliotakis for a faile

*Charges in connection with an early-morning break-in at a Yeshiva University dorm.*

tion is a serious crime and we have zero tolerance for acts of arson in this city," Daniel A. Nigro, the fire commissioner, said.

Mr. Weyand had not been arraigned by Friday night, according to a spokeswoman for the Manhattan district attorney's office. It was unclear whether he had a lawyer.

Coming less than two weeks after the deadly attack on a kosher market in Jersey City, N.J., the attack at Yeshiva — perhaps the most significant Modern Orthodox Jewish institution of higher education in the United States — raised the specter of another anti-Semitic hate crime.

But none of the charges against Mr. Weyand, 33, involve accusations of bias, and fire officials said that there was no evidence he had targeted the Yeshiva because of the religion of the students who lived there.

"There is no indication of a hate crime," Deputy Commissioner Frank Dwyer said.

The authorities believe Mr. Weyand, whose LinkedIn profile lists him as a freelance software engineer, was under the influence of drugs at the time of the episode, said a law enforcement official familiar with the case who spoke on the condition of anonymity because the investigation is continuing.

An emailed request for comment sent to the university was not immediately returned.

In the wake of the Jersey City attack, which officials have said was carried out by two assailants driven by anti-Semitism who killed two Jewish people in their rampage, officials in New York and the surrounding area have taken steps to increase security near synagogues and other Jewish establishments.

# No Evidence Of Hatred In Fires Set, Officials Say

By ED SHANAHAN

The video, recorded shortly before 4 a.m. Friday, shows a man outside a building lobby. He kicks the bottom pane of a glass entry door violently several times, smashing it but not breaking through.

He walks away, then returns and kicks the door several more times until he is able to push through the pane and crawl into the lobby on his hands and knees. He stands up, picks up and puts back the receiver of a phone on a desk. After that, he disappears down a hall.

What the man did after he exited the range of the camera, on the first floor of a Yeshiva University dormitory on East 29th Street in Manhattan, was use matches meant for lighting a Hanukkah menorah to set three small fires in the building where students were sleeping, fire officials said.

No one was hurt by the fires, which were quickly extinguished, and a suspect, Peter Weyand, was arrested on charges that included arson, burglary with criminal intent and aggravated harassment, fire officials said.

"Attacking any religious institu-

*Charges in connection with an early-morning break-in at a Yeshiva University dorm.*

tion is a serious crime and we have zero tolerance for acts of arson in this city," Daniel A. Nigro, the fire commissioner, said.

Mr. Weyand had not been arraigned by Friday night, according to a spokeswoman for the Manhattan district attorney's office. It was unclear whether he

# Lancaster County man accused of vandalizing synagogue in Beverly Hills

WGAL News 8

82 Shares | WGAL 8 | Updated: 2:41 PM EST Dec 19, 2019

Susan Shapiro
Anchor

SHOW TRANSCRIPT

**MILLERSVILLE, Pa. —** A Lancaster County man has been arrested in Hawaii and is charged with vandalizing a Beverly Hills, California synagogue.

Cashback Match
Learn More
DISCOVER

Advertisement

Police say Anton Redding, 24, of Millersville, was caught on a surveillance camera vandalizing the Nessah Synagogue on Saturday.

"I said we would catch this guy and we did," said Beverly Hills Mayor John Mirisch in a prepared statement. "The criminal who we believe desecrated a holy place on Shabbat is now in custody thanks to the superb work of the Beverly Hills Police Department."

Redding is charged with the following:

- Vandalism of a religious property

- Commercial burglary

HAWAII POLICE DEPARTMENT PHOTO

Anton Redding.

# Report and Recommendation

# SEPTA FY 2020 ANNUAL SERVICE PLAN

Eugene N. Cipriani
Hearing Examiner
June 10, 2019

Community Benefit Score with isochrone mapping will prevent the implementation of duplicative services and affects a more efficient use of resources. To be considered a candidate for implementation, route proposals should increase access to opportunities for SEPTA customers.

SEPTA is proposing to adopt a **Route Directness Formula** to evaluate route deviations and patterns. This calculation, which determines the impact that a pattern or deviation has on through-riding customers, is adapted from similar formulas used by other transit agencies, including King County Metro in Seattle, Washington and the Regional Transportation District in Denver, Colorado.

The **Route Directness Formula** quantifies the impact on through-riding customers by multiplying the number of riders traveling through a pattern or deviation by the amount of time, in minutes, that deviation takes. It divides that number by the number of boards and alights along the pattern or deviation to determine the number of passenger minutes that deviation or pattern costs. Service Planning recommends adopting a threshold of eight passenger minutes for a deviation or pattern to be recommended for implementation. Existing deviations or patterns that do not meet the eight minute threshold will be identified as candidates for possible intervention.

To clarify how this calculation works, this is an example of a deviation implemented on Route 52 a decade ago to Park West Town Center. Based on recent ridership weekday passenger counts, there are approximately 3,100 passengers travelling through this deviation on a daily basis, the deviation to the shopping center takes two minutes. There are 2,000 boards and alights within the deviation. This results in the deviation counting for 6.2 passenger minutes, which would be under SEPTA's threshold and therefore an acceptable deviation.

The final recommended change is an expansion of the Service Development process. The updated process will include an additional round of public outreach focused on major transit centers or other appropriate venues. This outreach will include surveys and educational materials, and provide customers with the opportunity to interact with SEPTA Service Planning staff. The location of these events will rotate annually. In addition to a greater focus on public outreach, the new Service Development Process will formalize the participation of other SEPTA departments and external partners.

Information about the revisions to SEPTA's Service Standards and Process are on www.septa.org/service-standards.

## Public Testimony

Fourteen (14) members of the public entered appearance forms and six (6) spoke at the hearings and had questions which were answered by SEPTA representatives. In addition, there were four (4) e-mails submitted by the public to the Hearing Examiner.

**Philadelphia, PA Hearings – Noon, May 29, 2019**

Jeffrey Butler, a former tax collector within Pennsylvania, was first to testify. He copyrighted a money-raising proposal called "Jeffybond" as a way to provide almost unlimited free money for SEPTA, school systems, and other organizations by having people pay extra tax – by contract – instead of the State tax and get back everything else as tax-free municipal interest. He asserted it as a way to "generate billions of dollars for free with no liability". N.T. 21. With this money, SEPTA could submerge the entire

Market-Frankford Elevated system with tunnels from 69th Street to 42nd Street and in Kensington. Also, this money could fund a trackless trolley that could go on trolley tracks. He further described this vehicle as "a bus that could be a trackless trolley" ... saving SEPTA "significant amounts of money". N.T. 23.

Brandon McBride spoke next. He wanted to discuss the Route 48 and the recovery location. He was informed that the recovery location preferred was closer to the waterfront but, because SEPTA could not get permission to go to Front Street, the recovery location is on 2nd Street. N.T. 23-26. Mr. McBride was assured that SEPTA is always open to suggestions. N.T. 26.

Douglas Diehl, President and Founder of the Tri-State Transit Center, a Historical and Transit Advocacy Group for the Philadelphia Metropolitan area and Facebook Administrator on the Metropolitan Philadelphia Transit Scene Facebook, came next. He asked that the words "frequent service route" be replaced with the words "frequent service corridor" because SEPTA has corridors where bus routes do not meet the frequent service standards of running every 15 minutes, but combined with other routes, that corridor meets the standards. N.T. 27. He cited the example of the buses running on West Chester Pike – the Routes 104, 112, 123, 126 and 120. Putting those routes together, that meets a frequent service corridor standard for every 16 minutes between 69th Street and Manoa. N.T. 27-28. Further, if you "tweaked the Route 122 to leave [69th Street Transportation Center] at 20 [past the hour] and 50 [past the hour], then you will have 15-minute frequency all day long from 69th Street out to Broomall and meet qualifications for a frequent service corridor. N.T. 28.

The Media/Sharon Hill [trolley] already meets the frequent service corridor standards between 69th Street and Drexel Hill Junction.

SEPTA could still use the word "route", like Route 47 corridor, Route 52 corridor. N.T. 28.

Mr. Diehl also proposed a change in "frequent service" which would be "every 10 minutes or less within the City limits itself" and 15 minutes for suburban bus routes. N.T. 29.

Mr. Diehl asked for improvements in the Route 120 service and not to implement a summer schedule. He suggests major development with a new hotel at Lawrence Road and a new Giant [supermarket] will result in additional riders, especially for workers. He suggests that the Route 126 be put back on the old Route 112 routing so the hotel, the Giant and the medical center [Broomall Keystone Mercy – the Keystone Crozer Medical Building in Broomall, PA], hereinafter "Crozer Keystone", be served by a bus route. N.T. 29-31. The SEPTA staff addressed Mr. Diehl's concerns about the West Chester Pike summer schedule and that a brochure will be prepared to reflect service on West Chester Pike. Further, ridership to Crozer Keystone has been "very poor" and SEPTA met with Crozer Keystone management to ask them to do some additional marketing with their client base. Also, SEPTA is working with the Delaware County TMA [Transportation Management Association] which is planning on doing some outreach events at Crozer Keystone. Until SEPTA can see additional ridership generated out of those efforts, from a fiscal standpoint, it is difficult for SEPTA to look at adding additional service. N.T. 31-33.

Finally, the developer of the new shopping center will be connecting on the other side of the Blue Route and there are issues with access into that property. SEPTA cannot inconvenience through riders on West Chester Pike by going into the shopping center. So, SEPTA is looking to see if there is a way to have access from West Chester Pike in a safe manner. Marple Township and Haverford Township need to address pedestrian access in the whole area because at the current time, it is very poor. Also, you cannot get into the new shopping center and Crozer Keystone from one direction because of the way the road

REPRINT OF OBSTRUCTED PAGE

Community Benefit Score with isochrone mapping will prevent the implementation of duplicative services and affects a more efficient use of resources. To be considered a candidate for implementation, route proposals should increase access to opportunities for SEPTA customers.

SEPTA is proposing to adopt a **Route Directness Formula** to evaluate route deviations and patterns. This calculation, which determines the impact that a pattern or deviation has on through-riding customers, is adapted from similar formulas used by other transit agencies, including King County Metro in Seattle, Washington and the Regional Transportation District in Denver, Colorado.

The **Route Directness Formula** quantifies the impact on through-riding customers by multiplying the number of riders traveling through a pattern or deviation by the amount of time, in minutes, that deviation takes. It divides that number by the number of boards and alights along the pattern or deviation to determine the number of passenger minutes that deviation or pattern costs. Service Planning recommends adopting a threshold of eight passenger minutes for a deviation or pattern to be recommended for implementation. Existing deviations or patterns that do not meet the eight minute threshold will be identified as candidates for possible intervention.

To clarify how this calculation works, this is an example of a deviation implemented on Route 52 a decade ago to Park West Town Center. Based on recent ridership weekday passenger counts, there are approximately 3,100 passengers travelling through this deviation on a daily basis, the deviation to the shopping center takes two minutes. There are 1,000 boards and alights within the deviation. This results in the deviation counting for 6.2 passenger minutes, which would be under SEPTA's threshold and therefore an acceptable deviation.

The final recommended change is an expansion of the Service Development process. The updated process will include an additional round of public outreach focused on major transit centers or other appropriate venues. This outreach will include surveys and educational materials, and provide customers with the opportunity to interact with SEPTA Service Planning staff. The location of these events will rotate annually. In addition to a greater focus on public outreach, the new Service Development Process will formalize the participation of other SEPTA departments and external partners.

Information about the revisions to SEPTA's Service Standards and Process are on www.septa.org/service-standards.

## Public Testimony

Fourteen (14) members of the public entered appearance forms and six (6) spoke at the hearings and had questions which were answered by SEPTA representatives. In addition, there were four (4) e-mails submitted by the public to the Hearing Examiner.

**Philadelphia, PA Hearings – Noon, May 29, 2019**

Jeffrey Cutler, a former tax collector within Pennsylvania, was first to testify. He copyrighted a money-raising proposal called "Jeffybond" as a way to provide almost unlimited free money for SEPTA, school systems, and other organizations by having people pay extra tax – by contract – instead of the State tax and get back everything else as tax-free municipal interest. He asserted it as a way to "generate billions of dollars for free with no liability". N.T. 21. With this money, SEPTA could submerge the entire

Market-Frankford Elevated system with tunnels from 69th Street to 42nd Street and in Kensington. Also, this money could fund a trackless trolley that could go on trolley tracks. He further described this vehicle as "a bus that could be a trackless trolley" ... saving SEPTA "significant amounts of money". N.T. 23.

Brandon McBride spoke next. He wanted to discuss the Route 40 and the recovery location. He was informed that the recovery location preferred was closer to the waterfront but, because SEPTA could not get permission to go to Front Street, the recovery location is on 2nd Street. N.T. 23-26. Mr. McBride was assured that SEPTA is always open to suggestions. N.T. 26.

Douglas Diehl, President and Founder of the Tri-State Transit Center, a Historical and Transit Advocacy Group for the Philadelphia Metropolitan area and Facebook Administrator on the Metropolitan Philadelphia Transit Scene Facebook, came next. He asked that the words "frequent service route" be replaced with the words "frequent service corridor" because SEPTA has corridors where bus routes do not meet the frequent service standards of running every 15 minutes, but combined with other routes, that corridor meets the standards. N.T. 27. He cited the example of the buses running on West Chester Pike – the Routes 104, 112, 123, 126 and 120. Putting those routes together, that meets a frequent service corridor standard for every 10 minutes between 69th Street and Manoa. N.T. 27-28. Further, if you "tweaked the Route 112 to leave [69th Street Transportation Center] at 20 [past the hour] and 50 [past the hour], then you will have 15-minute frequency all day long from 69th Street out to Broomall and meet qualifications for a frequent service corridor. N.T. 28.

The Media/Sharon Hill [trolley] already meets the frequent service corridor standards between 69th Street and Drexel Hill Junction.

SEPTA could still use the word "route", like Route 47 corridor, Route 52 corridor. N.T. 28.

Mr. Diehl also proposed a change in "frequent service" which would be "every 10 minutes or less within the City limits itself" and 15 minutes for suburban bus routes. N.T. 29.

Mr. Diehl asked for improvements in the Route 120 service and not to implement a summer schedule. He suggests major development with a new hotel at Lawrence Road and a new Giant [supermarket] will result in additional riders, especially for workers. He suggests that the Route 126 be put back on the old Route 112 routing so the hotel, the Giant and the medical center [Broomall Keystone Mercy – the Keystone Crozer Medical Building in Broomall, PA], hereinafter "Crozer Keystone", be served by a bus route. N.T. 29-31. The SEPTA staff addressed Mr. Diehl's concerns about the West Chester Pike summer schedule and that a brochure will be prepared to reflect service on West Chester Pike. Further, ridership to Crozer Keystone has been "very poor" and SEPTA met with Crozer Keystone management to ask them to do some additional marketing with their client base. Also, SEPTA is working with the Delaware County TMA [Transportation Management Association] which is planning on doing some outreach events at Crozer Keystone. Until SEPTA can see additional ridership generated out of those efforts, from a fiscal standpoint, it is difficult for SEPTA to look at adding additional service. N.T. 31-33.

Finally, the developer of the new shopping center will be connecting on the other side of the Blue Route and there are issues with access into that property. SEPTA cannot inconvenience through riders on West Chester Pike by going into the shopping center. So, SEPTA is looking to see if there is a way to have access from West Chester Pike in a safe manner. Marple Township and Haverford Township need to address pedestrian access in the whole area because at the current time, it is very poor. Also, you cannot get into the new shopping center and Crozer Keystone from one direction because of the way the road

On a route crossing such as Roosevelt Boulevard, it makes sense to have a near stop and a far stop but, in general, stops should be near side. He specifically opined that the Route 120 does not make a far side Eagle Road stop on West Chester Pike because of the shopping center and then goes a block to make a left hand turn on to Glendale Road. He suggests that SEPTA bus operators can get across two lanes of traffic to make this maneuver. N.T. 48.

Quality of Service was next addressed. The span of service should not be from the start of the morning to the end of the night since Philadelphia is a major city. N.T. 48-49.

Service is not operated on certain routes on Saturdays and Sundays and it appears this is because "that's the way we've always done it". N.T. 49.

Frequency of Service should be 30 minutes – the maximum wait for a vehicle. Perhaps 60 minutes in the suburbs but nothing beyond that. Headways of 35 minutes "are rather silly". N.T. 49.

Load Factors is a concern. You should not be having people stand on the vehicle, especially for long periods of time, off peak. It's acceptable for peak hours, for short times. N.T. 50.

[Federal Transit Administration] Title VI requirements were next discussed. SEPTA should have a listing of minority low income routes. N.T. 50.

Mr. Achtert wanted to know why a public hearing is not required for limited service routes and asked for the definition of "limited service routes". He suggested that the Route 93, which takes individuals from the Norristown Transportation Center to Graterford Prison – three trips a week – is an example of a very limited service route. N.T. 50-51.

Mr. Achtert asked that fare kiosks for the Key System be at all loops in addition to the rail stations and high speed stations. N.T. 51.

Regarding the Automatic Passenger Count, Mr. Achtert wanted to know how SEPTA counts passengers who have ridden the vehicles on overcrowded routes. He fears such counts on overcrowded routes may be unreliable. N.T. 51-52.

"Owl" routes [all night service] were the next focus. He observed that Route 73 is an Owl route. It is way down on performance standards with a 24% operating ratio, carrying 2,227 passengers on a daily basis. Twenty-nine (29) routes on the list have at least an equal operating ratio. But they do not have Owl service. He called for the restoration of additional Owl service on other routes. N.T. 52-53.

Finally, Mr. Achtert did not see the Norristown High Speed Line, the Market-Frankford Elevated or the Broad Street Subway on the Route Performance Evaluation Report. He was informed that the Norristown High Speed Line is on page 17 of that report. N.T. 54-55.

Jeffrey Cutler came back to the podium. He opined that "this all comes down to money and essentially service has been cut because of money". N.T. 56.

Mr. Cutler asked SEPTA to provide a means where text messages could be sent to find out where the next bus or transit system vehicle is going to be and he was informed by the SEPTA staff of the SEPTA "app" [for "smart phones"] giving that same information. N.T. 56-57; 58.

Mr. Cutler closed by saying that SEPTA does not have the ability to experiment because, without extra money, it has to micromanage every marketing decision. N.T. 57.

Those who entered appearance forms at the Noon Philadelphia hearing but who did not testify include Charles Krueger, Patrice Ellis DiNatale, Office of Transportation, Infrastructure and Sustainability (oTIS) of the City of Philadelphia, and Lee Wall, SEPTA Citizens Advisory Committee.

Philadelphia, PA Hearing – 5:00 P.M., May 29, 2019

No one from the public chose to testify. Only Thomas Hastings from the Delaware County Planning Department entered his appearance form.

## Route Performance Analysis

As a part of the Annual Service Plan, a detailed analysis of all routes is performed to determine various operating characteristics. The following routes fall below the acceptable operating ratio levels and will be considered for future modifications in an attempt to raise their operating ratios.

City Transit Division
(Routes at or below 18%)

| Route | Operating Ratio |
|---|---|
| 38 | 17% |
| 89 | 17% |
| 1 | 17% |
| 53 | 17% |
| 80 | 16% |
| Boulevard Direct | 16% |
| 62 | 13% |

(Routes with suburban characteristics below 16%)

| Route | Operating Ratio |
|---|---|
| 27 | 15% |
| 35 | 13% |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY CUTLER

Plaintiff

v.

NANCY PELOSI IN HER OFFICIAL CAPACITY AS SPEAKER OF THE HOUSE OF REPRESENTATIVES
CITIZENS BANK,
FULTON BANK,
WIKIPEDIA FOUNDATION,
VERIZON CORPORATION,
GOOGLE CORPORATION,
ERIE INSURANCE,
STATE FARM INSURANCE,
LEMBERG LAW LLC,
FORD MOTOR COMPANY,
MANHEIM SCHOOL DISTRICT,
HAVERFORD POLICE DEPARTMENT,
PHILADELPHIA NEWSPAPERS INC,
ASSOCIATED PRESS,
U.S. NEWS AND WORLD REPORTS,
BEND BULLETIN NEWSPAPER,

And
JOHN DOES and JANE DOES,

Defendants

**CASE NO. 5:19-cv-00834**

JURY TRIAL DEMANDED

## CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I Jeffrey Cutler, do hereby certify that I as of this day I have caused and correctly served a copy of **MOTION TO HAVE CHANGE IN VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS TO PENNSYLVANIA AND RESPONSE TO ECF 115** dated 12/23/2019, to Defendants that are part of the cm/ecf system and have made a notice of appearance as well as those addressed and specified below via first class mail and all other previously served Defendants, and all parties in case 2:19-cv-03149, both of which are both part of the cm/ecf system.

IN HIS OFFICIAL CAPACITY
PA STATE REPRESENTATIVE
Brian K. Sims
1015 Chestnut Street, Suite 1101
Philadelphia, PA 19107

High Companies
Michael Shirk, CEO
1853 William Penn Wasy
Lancaster, PA 17601

East Lampeter Township
Blackinger Thomas, PC
Susan Peipher
28 Penn Square
Lancaster, PA 17603

Date: 23 DEC 2019

Jeffrey Cutler, *pro se*
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405