IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY CUTLER,

    Plaintiff,

v.

NANCY PELOSI, et al,

    Defendants.

CIVIL ACTION
NO. 19-834

## ORDER

**AND NOW**, this 3rd day of February, 2020, upon consideration of all pending motions in this matter, as well as all responses and replies, it is hereby **ORDERED** as follows:

1. Plaintiff's Motions for Default Judgment and/or Summary Judgment (Docket Nos. 64, 66 and 102) are **DENIED**;

2. Defendants' Motions to Dismiss (Docket Nos. 16, 21, 23, 24, 25, 27, 32, 38, 43, 44, 46, 49, 53, 56 and 63) are **GRANTED**;

3. Plaintiff's Motions to Combine Cases (Docket Nos. 4, 5 and 88) are **DENIED**;

4. Plaintiff's "Motion to Have Change in Venue" (Docket No. 116) is **DENIED**;

5. Plaintiff's "Motion for Scheduling a Jury Trial" (Docket No. 107) is **DENIED** as moot;

6. Plaintiff's "Motion for Writ of Execution" (Docket No. 89) is **DENIED**;

7. Plaintiff's Complaint is **DISMISSED** with prejudice; and

8. The Clerk is **DIRECTED** to mark this case closed.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.